IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Sharyl Attkisson, et al                    *

**Plaintiff,**
                                           *

v.                                              Case No. _____
                                           *
Rod Rosenstein, et al

**Defendant.**                             *

## MOTION FOR ADMISSION PRO HAC VICE

I, __David Muncy_____, am a member in good standing of the bar of this Court. I am moving the admission of __C. Tab Turner_____ to appear pro hac vice in this case as counsel for __Plaintiff_____.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

   | State Court & Date of Admission | U.S. Court & Date of Admission |
   |---|---|
   | See attached | |
   | | |
   | | |
   | | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court __0____ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or **David Muncy**, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| David Muncy | C. Tab Turner |
| Printed name and bar number | Printed name |
| PLAXEN & ADLER, P.A. | Turner & Associates, P.A. |
| Office name | Office name |
| 10211 Wincopin Circle, Suite 620, Columbia, MD 21044 | 4705 Somers Ave., Suite 100, North Little Rock, AR 72116 |
| Address | Address |
| (410) 413-7528 | (501) 791-2277 |
| Telephone number | Telephone number |
| (410) 730-1615 | (501) 791-1251 |
| Fax Number | Fax Number |
| dmuncy@plaxenadler.com | tab@tturner.com |
| Email Address | Email Address |

| Name of Court | Bar No. | Date Admitted |
|---|---|---|
| Arkansas Supreme Court | 85158 | March 25, 1985 |
| Eighth Circuit Court of Appeals | | April 8, 1985 |
| USDC, Eastern District of Arkansas | | May 2, 1985 |
| USDC, Western District of Arkansas | | May 2, 1985 |
| United States Supreme Court | | March 20, 1989 |
| USDC, Northern District of Texas | | June 9, 1992 |
| USDC, Eastern District of Oklahoma | | December 14, 1992 |
| Fifth Circuit Court of Appeals | | September 29, 1993 |
| USDC, Western District of Texas | | August 31, 1994 |
| USDC, Southern District of Texas | | August 17, 2006 |
| USDC, Eastern District of Texas | | February 6, 2007 |
| Ninth Circuit Court of Appeals | | December 22, 2011 |
| USDC, Northern District of Florida | | January 29, 2013 |
| Second Circuit Court of Appeals | | November 12, 2013 |
| Tenth Circuit Court of Appeals | | January 20, 2016 |
| Fourth Circuit Court of Appeals | | June 29, 2018 |
| USDC, Colorado | | October 4, 2019 |