UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| SHARYL THOMPSON ATTKISSON, JAMES HOWARD ATTKISSON, SARAH JUDITH STARR ATTKISSON, <br><br>  Plaintiffs, <br><br>v. <br><br>ROD ROSENSTEIN, SHAWN HENRY, SEAN WESLEY BRIDGES, ROBERT CLARKE, RYAN WHITE and UNKNOWN NAMED AGENTS OF THE DEPARTMENT OF JUSTICE, in their individual capacities, <br><br>  Defendants. | Civil Action No. 1:20-cv-68 <br> Hon. Richard D. Bennett |

## AGREED ORDER REGARDING BRIEFING SCHEDULE

1. Plaintiffs filed an Amended Complaint on February 14, 2020. (Doc. 15)

2. On April 13, 2020, separate Defendants Shawn Henry and Rod Rosenstein filed a Motion to Dismiss. (Doc. 17)

3. Pursuant to Standing Order 2020-07, all civil filing deadlines in the District of Maryland were extended by 84 days. By the parties' calculations, a responsive brief would

ordinarily fall due on June 15, 2020. The parties have agreed to a revised briefing schedule as follows:

    July 20, 2020   Plaintiffs' Responsive Brief

    August 21, 2020  Defendants' Reply Brief

**HAVING CONSIDERED THE FOREGOING,** the Court adopts the agreed upon briefing schedule.

IT IS SO ORDERED AND ADJUDGED.

DATED THIS 3rd DAY OF JUNE, 2020.

            /s/- Richard D. Bennett
            **UNITED STATES DISTRICT JUDGE**

**AGREED AS TO FORM AND SUBSTANCE**:

/s/ C. TAB TURNER
Tab Turner
*COUNSEL FOR PLAINTIFFS*

/s/ James Whitman
James Whitman
*COUNSEL FOR DEFENDANTS HENRY AND ROSENSTEIN*