# Attkisson v. Rosenstein

# Exhibit 03





