IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Sharyl Thompson Attkinsson, et al.      *

    Plaintiff,      *

v.      *      Civil Action No. RDB-20-068

Rod Rosenstein, et al.      *

    Defendants.      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MEMORANDUM ORDER

Presently pending before this Court is the Motion of the *Pro Se* Defendant Ryan White to Dismiss the original Complaint (**ECF#8**). Since that *pro se* filing an Amended Complaint has been filed against all Defendants (ECF#15). A Motion to Dismiss has subsequently been filed on behalf of the Co-Defendants Rosenstein and Henry by their counsel from the United States Department of Justice (ECF#17). The responsive briefing on that motion has recently been completed. The *Pro Se* Defendant White has not been accorded the opportunity to reference that briefing on the Amended Complaint.

Accordingly, IT IS HEREBY ORDERED this 29th day of September 2020 that the Motion to Dismiss of the Defendant White (**ECF#8**) is now **MOOT** and **DENIED WITHOUT PREJUDICE** to his re-filing a Motion to Dismiss the Amended Complaint which may reference and adopt any portions of the still pending Motion to Dismiss of the Defendants Rosenstein and Henry (ECF#17).

IT IS FURTHER HEREBY ORDERED that the *Pro Se* Defendant White shall have 30 days from the date of this Memorandum Order to re-file a Motion to Dismiss or file any other responsive pleading.

                                                      /s/
                                            Richard D. Bennett
                                            United States District Judge