IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| SHARYL THOMPSON ATTKISSON, *et al.*, | ) |
| Plaintiffs, | ) |
| *v.* | ) Case No. 1:20-cv-68-RDB |
| ROD ROSENSTEIN, *et al.*, | ) |
| Defendants | ) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jeremy Scott Brumbelow as an additional attorney of record for Defendants Rod Rosenstein and Shawn Henry in this action. Service of all papers regarding these Defendants should be addressed as follows:

> JEREMY SCOTT BRUMBELOW
> Senior Trial Attorney
> United States Department of Justice
> Civil Division, Torts Branch
> Tel. 202.616.4330; Fax. 202.616.4314
> Email:  jeremy.brumbelow@usdoj.gov
> *Mailing Address*:
> P.O. Box 7146, Ben Franklin Station
> Washington, D.C.  20044
> *Street Address*:
> 175 N Street, N.E. (3CON Building)
> 7th Floor, Room 7.129
> Washington, D.C.  20002

Respectfully submitted,

> JEFFREY BOSSERT CLARK
> Acting Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch
ANDREA W. McCARTHY
Senior Trial Counsel, Torts Branch
JAMES R. WHITMAN
Senior Trial Attorney, Torts Branch

/s/ *Jeremy Scott Brumbelow*
JEREMY SCOTT BRUMBELOW
Arkansas Bar No. 96145 (Md. No. 814649)
Senior Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Tel. 202.616.4330; Fax. 202.616.4314
Email: jeremy.brumbelow@usdoj.gov
*Mailing Address*:
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
*Street Address*:
175 N Street, N.E. (3CON Building)
7th Floor, Room 7.129
Washington, D.C. 20002

DATE: December 7, 2020          Attorneys for Rod Rosenstein and Shawn Henry

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served the foregoing Notice of Appearance on counsel for all parties by electronic means through the Court's Case Management/Electronic Case File system on December 7, 2020.

                    /s/ *Jeremy Scott Brumbelow*
                    JEREMY SCOTT BRUMBELOW
                    Counsel for Defendants Rosenstein and Henry