IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SHARYL THOMPSON ATTKISSON,** et al., | * | |
| | * | |
| Plaintiffs, | | |
| | * | Civil Action No. RDB-20-0068 |
| v. | | |
| | * | |
| **ROD ROSENSTEIN,** et al., | | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the foregoing Memorandum Opinion, IT IS HEREBY ORDERED this 16th Day of March, 2021 as follows:

1. The Defendants Rosenstein and Henry's Motion to Dismiss (ECF No. 17) is GRANTED;

2. This case is DISMISSED WITH PREJUDICE as to Defendants Rosenstein and Henry;

3. This case is DISMISSED WITHOUT PREJUDICE as to the remaining Defendants with leave to file a Second Amended Complaint within fifteen days of this Order, i.e., by March 31, 2021. If a Second Amended Complaint is not filed by March 31, 2021, the Clerk of the Court is directed to CLOSE this case with a DISMISSAL WITH PREJUDICE;

4. The Clerk of the Court shall transmit a copy of this Order and accompanying Memorandum Opinion to counsel of record.

_____/s/_____
Richard D. Bennett
United States District Judge