### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### BALTIMORE DIVISION

| | |
|---|---|
| Sharyl Thompson Attkisson, *et al*. Plaintiffs, | |
| v. | Case No. 1:20-cv-68-RDB |
| Shaun Wesley Bridges, *et al*. Defendants. | |

### ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Defendant Shaun Bridges moved this Court to amend the scheduling order, ECF No. 72, by extending certain deadlines. Counsel for Plaintiffs did not oppose the motion.

Upon thorough consideration and for good cause shown, the motion is hereby **GRANTED**. It is accordingly

**ORDERED** that the discovery completion deadline is hereby extended until **September 2, 2022**. It is further

**ORDERED** that the dispositive motions deadline is hereby extended until **September 23, 2022**. It is further

**ORDERED** that all other deadlines in the scheduling order, ECF No. 72, remain unchanged unless otherwise ordered by this Court.

Dated: January 18, 2022

Richard D. Bennett
United States District Judge