UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| SHARYL THOMPSON ATTKISSON,<br><br>     Plaintiff(s),<br><br>v.<br><br>ROSENSTEIN, et al.<br><br>     Defendant(s). | Civil Action No. 1:20-cv-00068-RDB |

**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs moved this Court to amend the scheduling order, ECF No. 74, by extending certain deadlines.

Upon thorough consideration and for good cause shown, the motion is hereby **GRANTED**. It is accordingly

**ORDERED** that the schedule is modified as follows:

| | |
|---|---|
| July 1, 2022: | Plaintiff's Rule 26(a)(2) disclosures |
| July 29 2022: | Defendant's Rule 26(a)(2) disclosures |
| August 12, 2022: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| August 19, 2022: | Rule 26(e)(2) supplementation of disclosures and responses |
| September 2, 2022: | Discovery deadline; submission of status report |
| September 9, 2022: | Requests for admission |
| September 23, 2022: | Dispositive pretrial motions deadline |

Date:   March 8, 2022

/s/
Richard D. Bennett
United States District Judge

1