UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| SHARYL THOMPSON ATTKISSON, <br><br>       Plaintiff(s), <br><br> v. <br><br> ROSENSTEIN, et al. <br><br>       Defendant(s). | Civil Action No. 1:20-cv-00068-RDB |

**AGREED MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs, Sharyl Thompson Attkisson, James Howard Attkisson, Sarah Judith Starr Attkisson, with the consent of counsel for Defendant Shaun Bridges, by and through their attorneys, submit this **AGREED** Motion to Amend the Scheduling Order, stating:

1.  The current scheduling order was entered on the 15th day of July, 2022, when the Court granted the parties' joint request to amend the schedule. (Doc. # 83).

2.  The key dates in the operative schedule are as follows:

    | | |
    |---|---|
    | September 12, 2022: | Plaintiff's Rule 26(a)(2) disclosures |
    | October 11, 2022: | Defendant's Rule 26(a)(2) disclosures |
    | October 31, 2022: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
    | November 7, 2022: | Rule 26(e)(2) supplementation of disclosures and responses |
    | November 21, 2022: | Discovery deadline; submission of status report |
    | November 28, 2022: | Requests for admission |
    | December 12, 2022: | Dispositive pretrial motions deadline |

3.  Since July 15, 2022, the Plaintiffs and Defendant Bridges have completed eight (8) fact witness depositions; have an additional three (3) fact witness depositions currently scheduled; and Plaintiffs are now dealing with *Touhy* meet and confer issues associated with twenty-one (21)

witnesses from three federal agencies about necessary discovery from agency personnel believed to possess relevant and critical factual information for trial preparation, which includes both documents and, in some instances, testimony. Although the parties have been cooperating to move discovery as fast as feasible, it is now clear that the *Touhy* issues are unlikely to be resolved by the end of August, and one or more may require court intervention and assistance in resolving, which, if necessary, Plaintiffs hope to submit and have resolved in September. The scheduling has also been further complicated by summer vacations of witnesses and a medical issue as to one witness.

4.     In light of these issues, the parties have conferred and counsel for Defendant Shaun Bridges has confirmed that they do not oppose amending the scheduling order, subject to the court's approval, as shown below and in the proposed order.

| Date | Event |
|---|---|
| November 12, 2022: | Plaintiff's Rule 26(a)(2) disclosures |
| December 11, 2022: | Defendant's Rule 26(a)(2) disclosures |
| January 4, 2023: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| January 31, 2023: | Rule 26(e)(2) supplementation of disclosures and responses |
| February 21, 2023: | Discovery deadline; submission of status report |
| February 28, 2023: | Requests for admission |
| March 12, 2023: | Dispositive pretrial motions deadline |

5.     The parties confirm that the amendment is not for purposes of delay, but to complete necessary fact discovery as expeditiously as possible considering various scheduling concerns, and that all parties are working diligently to complete discovery as quickly and efficiently as possible.

WHEREFORE Plaintiffs pray this Court vacate the current scheduling order and enter a revised schedule consistent with the parties' proposal.

Respectfully submitted this, 24th day of August, 2022.

/s/ C. TAB TURNER
Tab Turner, Esq. (*Pro Hac Vice*)
**TURNER & ASSOCIATES, P.A**.
4705 Somers Avenue, Suite 100
North Little Rock, Arkansas 72116
501-791-2277 – Office
501-791-1251 – Facsimile
Tab@tturner.com

David A Muncy
Plaxen and Adler PA
10211 Wincopin Circle Ste 620
Columbia, MD 21044
4107307737
4107301615 (fax)
dmuncy@plaxenadler.com

Paul Schiff Berman (*Pro Hac Vice*)
Attorney at Law
9 Hesketh St.
Chevy Chase, MD. 20815
202-569-6837 - Phone pberman@law.gwu.edu

*COUNSEL FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 24, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to all parties in this matter.

/s/ C. Tab Turner
Tab Turner