**DISTRICT OF MARYLAND**

**Baltimore Division**

| | |
|---|---|
| SHARYL THOMPSON ATTKISSON,<br><br>     Plaintiff(s),<br><br><br>v.<br><br>ROSENSTEIN, et al.<br><br>     Defendant(s). | <br><br><br><br>Civil Action No. 1:20-cv-00068-JRR |

## <u>SCHEDULING ORDER</u>

Comes now Plaintiffs, Sharyl Thompson Attkisson, James Howard Attkisson, Sarah Judith Starr Attkisson and Defendant Shaun Bridges, by and through their attorneys, and submits the following proposed revised schedule:

### <u>DEADLINES</u>

| | |
|---|---|
| November 12, 2022: | Plaintiff's Rule 26(a)(2) disclosures |
| December 11, 2022: | Defendant's Rule 26(a)(2) disclosures |
| January 4, 2023: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| January 31, 2023: | Rule 26(e)(2) supplementation of disclosures and responses |
| February 21, 2023: | Discovery deadline; submission of status report |
| February 28, 2023: | Requests for admission |
| March 12, 2023: | Dispositive pretrial motions deadline |

/s/
_____

Julie R. Rubin

UNITED STATES DISTRICT JUDGE

Dated this 7th day of September 2022.