**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| Sharyl Thompson Attkisson, *et al.*<br>Plaintiffs,<br><br>v.<br><br>Shaun Wesley Bridges, *et al.*<br>Defendants. | Case No. 1:20-cv-68-JRR |

## DEFENDANT SHAUN BRIDGES' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER

Without good cause, Plaintiffs are seeking to modify the scheduling order in the above captioned case, despite having had years to litigate this matter. For the reasons that follow, Defendant Shaun Bridges respectfully requests that the Court deny the Motion.

## RELEVANT PROCEDURAL BACKGROUND

As a threshold matter, Plaintiffs are represented by counsel with extensive and successful nationwide complex civil litigation experience who has been honored by the American Trial Lawyers Association and named a leading "high stakes" litigator.[1] Plaintiffs have routinely unnecessarily delayed and complicated this case.  Indeed, since December of 2014 Plaintiffs have been litigating the same allegations and issues that are before this Court now. Stated simply, Plaintiffs allege that federal agents remotely accessed and monitored their electronic devices after investigative journalist Sharyl Attkisson criticized the government in her reporting . It should come as no surprise that since the Plaintiffs have sued law enforcement, and Mr. Bridges was law enforcement at the time the allegations, they must comply with *Tuohy* regulations. Plaintiffs' attempts to skirt these rules are not isolated.

---

[1] *See* https://www.top100highstakeslitigators.com/listing/tab-turner/ (reflecting that Mr. Turner is routinely recognized and honored for his superior advocacy and effective results).

Noting that Plaintiffs lacked diligence and disrespected court orders, the Fourth Circuit rejected Plaintiffs' allegations against numerous other government officials. *See Attkisson v. Holder*, 925 F.3d 606 (4th Cir. 2019).  Plaintiffs now seek to litigate the same claims again in this case. *See* Complaint, ECF No. 1. Defendant Shaun Bridges was a federal employee during the alleged events described in the Complaint. He was also incarcerated when Plaintiffs attempted to serve him with the Complaint. Ironically, Plaintiffs insisted that this Court find Mr. Bridges in default while he navigated the complexities of reentering society and obtaining authorization from the United States Department of Counsel to engage counsel to represent him. *See* Opposition, ECF No. 49.

Now, in stark contrast to the urgency with which Plaintiffs sought to hold Mr. Bridges in default, Plaintiffs now seek to unnecessarily prolong this case. However, Plaintiffs have been litigating these same claims for years and they offer no explanation to justify their failure to promptly request and obtain necessary evidence and testimony.  Accordingly, Defendant Bridges respectfully opposes Plaintiffs' Motion to Amend Scheduling Order.

Plaintiffs now conveniently allege that *after* the Fourth Circuit dismissed their claims, a man named Ryan White approached counsel for Plaintiffs and alleged that he worked with Mr. Bridges and others to remotely monitor Plaintiffs. *See* Second Amended Complaint, ECF No. 35 at ¶¶ 63-80. Publicly available information on the internet demonstrates that any claim made by Ryan White cannot be relied upon.  Indeed, a simple Google search of Mr. White reveals that he adheres to the QAnon conspiracy theory and the adrenochrome blood harvesting theory.[2] He

---

[2] *See* Exhibit A, Daily Beast Article, *Lin Wood's Favorite QAnon Oracle Hopes for Trump Pardon*; Exhibit B, Daily Kos Article, *Fanatical Republican Extremist of the Day: Jon McGreevey aka Ryan Dark White*.

claims an elemental spirit "healed" him and permanently changed his eye color.[3] He claims to have outlandish personal knowledge involving a former Vice President of the United States. He has also alleged that Jeffrey Epstein assisted a Supreme Court Justice to secretly adopt two children from Ireland to use as commodities.[4]

In an audiotaped interview in January 2021, White claimed to have multiple graduate degrees in physics, mathematics, biology, and chemistry from prestigious universities including the University of Pennsylvania, Oxford, and Johns Hopkins.[5] In contrast to those claims, Mr. White, while in prison, swore in a federal court pleading that he had earned his GED in prison between 2016 and 2017.[6]

Most recently, in July 2022, officials in Harford County, Maryland charged Mr. White for falsely alleging that he witnessed child sex trafficking at an adult bookstore.[7] At the time of his arrest, Mr. White was running to represent Maryland in the United States Senate under the fabricated name "Dr." Jon McGreevy, presumably to conceal his earlier criminal record.[8]

In response to interrogatories and during her deposition, Plaintiff Sharyl Attkisson conceded that Mr. White's representations are the _exclusive_ basis for her claims that Mr. Bridges personally accessed or monitored her electronic devices. Ms. Attkisson also testified that she never talked to Mr. White to corroborate his claims, and that her attorneys were solely responsible

---

[3] _See_ Exhibit A, Daily Beast Article.
[4] _See_ Exhibit C, Survive the News Article, _Why I Am Questioning the Credibility of Dr. Jonathan McGreevy/aka Ryan Dark White/aka JohnHeretoHelp._
[5] _Id._
[6] In case 1:16-cr-00172, the United States District Court for the District of Maryland sentenced Mr. White in 2016. _See_ Exhibit D, Criminal Judgment. In that same case, Mr. White filed a motion regarding reentry placement in which he swore to the Court in January 2017 that he had completed his GED in prison. _See_ Exhibit E, Motion Regarding RRC Placement.
[7] _See_ Exhibit F, Harford County Sheriff's Office Press Release; Exhibit G, Harford County, Maryland Charge Summary.
[8] _Id._

for investigating, corroborating, and vetting Mr. White. Despite at least four written requests, counsel for Plaintiffs have not provided any documents or privilege log related to their communications with Mr. White or any efforts by counsel to investigate or corroborate Mr. White's alleged statements.

Defendant Bridges filed an Answer to the Second Amended Complaint on September 27, 2021, and Plaintiffs could have engaged in discovery with respect to Mr. Bridges beginning at that point. Instead, Plaintiffs have moved to extend the discovery deadlines three times since Mr. Bridges filed his Answer.[9] Plaintiffs have not deposed Ryan White, but they have taken depositions of multiple CBS employees. The CBS depositions confirmed that the network hired a forensic firm, CyberPoint, to analyze two of Ms. Attkisson's computers. Plaintiffs had access to at least one CyberPoint report before they filed this case.

During discovery, CyberPoint confirmed that its analysis did not establish a remote intrusion or hack. Plaintiffs did not obtain the computers or hard drives from CyberPoint or CBS before the depositions. But now Plaintiffs want to extend discovery so that they can demand those same hard drives, presumably for a duplicative forensic review, with no showing that the CyberPoint review was deficient. And despite ignoring their *Touhy* obligations for at least nine months, Plaintiffs ask for an extension because they intend to challenge the government's refusal to make certain government witnesses available for deposition.

A "GoFundMe" fundraiser facilitated by supporters of Ms. Attkisson has amassed over $300,000 to support this litigation.[10] In contrast, because Defendant Bridges was a federal employee during the events alleged in the Second Amended Complaint, the taxpayers are paying

---

[9] *See* Motions at ECF No. 82, 85, at 88.
[10] *See* Exhibit H, Sharly Attkisson 4th Amendment Litigation Fundraiser.

his counsel fees and expenses.

Plaintiffs have not and cannot establish a good faith basis to further delay this case. Accordingly, Defendant Bridges requests that this Court deny Plaintiffs' Motion to Amend Scheduling Order.

## **ARGUMENT**

### **A.  Discovery is designed to promote efficient factfinding, not strategic gamesmanship.**

The discovery rules create a framework for a litigant to illuminate relevant facts and issues so that civil trials are not "carried on in the dark," not to conduct limitless fishing expeditions to support a legal theory. *Hickman v. Taylor*, 329 U.S. 495, 501 (1947); *Valle v. Westhill Exch.*, *LLC*, 2021 WL 6064866, at *5 (D. Md. 2021) (citing Fed. R. Civ. P. 26 (Advisory Committee Notes, 1983 Amendment) (reflecting that the purpose of discovery is to provide a mechanism to make relevant information available)); Fed. R. Civ. P. 26 (Advisory Committee Notes, 1983 Amendment) (reflecting that lawyers violate the spirit of discovery rules when they "use discovery tools as tactical weapons rather than to expose the facts and illuminate the issues"). The "animating premise of broad discovery" is "efficient truth-seeking." *Carr v. Double T Diner*, 2010 WL 3522428, at *2 (D. Md. Sept. 8, 2010) (citations omitted). Accordingly, civil discovery is broad but not limitless. Procedural rules, including discovery rules, "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P 1. Any effort to obtain discovery must be proportional to the needs of the case considering, among other things, whether the burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1).

Because Plaintiffs have not demonstrated any credible basis to bring this case, any further discovery would be disproportionate to the needs of the case. The further burdens Plaintiffs intend

to inflict on the taxpayers and this Court far outweigh Plaintiffs' speculative need to keep fishing.

**B.  Plaintiffs' request to extend the scheduling order and further delay this case is a dilatory attempt to procure redundant and unnecessary information.**

Plaintiffs seek to unnecessarily delay this case to procure computer hard drives and additional testimony from CBS. CBS already hired CyberPoint to do a forensic review that turned up no evidence to support Plaintiffs' claims against Mr. Bridges. CBS has already made employees available for deposition who also provided no support for Plaintiffs' claims. Without any showing of need or a good faith basis for additional discovery, Plaintiffs seek to impose additional legal costs on CBS.

Plaintiffs also seek to extend discovery to resolve their outstanding requests to depose approximately six government agents and employees from the DOJ, FBI, DOJ Inspector General, and U.S. Postal Service. The parties began to exchange written discovery requests in January 2022. Accordingly, Plaintiffs have had ***at least*** nine months to navigate the *Touhy* process to request testimony from federal government employees.[11] Plaintiffs offer no explanation to justify their delay in applying to or negotiating with the government to secure testimony from government employees. Plaintiffs offer no evidence to indicate that any of the federal employees have any knowledge of anyone monitoring Ms. Attkisson's devices.  Indeed, the Plaintiffs have known that they needed to depose government witnesses for nearly a decade and have not presented good

---

[11] Pursuant to the *Touhy* process, a litigant seeking testimony from a government witness must submit a written request to document the scope of the requested testimony and explain why the testimony is necessary. The government reviews the request and decides whether to authorize the testimony. In this case, Plaintiffs sued Mr. Bridges in connection with alleged conduct in the scope of his employment with the Secret Service. The government authorized Mr. Bridges to retain counsel at government/taxpayer expense. Now, Plaintiffs seek to further delay this case and increase the cost to taxpayers by litigating against the government to resolve Plaintiffs' dilatory requests for unnecessary testimony from government employees and agents. Plaintiffs cannot leverage procedural rules and discovery, which are designed to promote efficiency and economy, to make this case unnecessarily slow and expensive.

cause to grant their request.

## **CONCLUSION**

Plaintiffs have conceded that their allegations against Mr. Bridges hinge exclusively on the dubious representations of Ryan White. Plaintiffs also offer no meaningful justification to explain why they did not promptly pursue the requested information earlier in this case. Before entertaining any requests to extend discovery, the Court should exercise its supervisory authority and require Plaintiffs' counsel to produce all documents related to their alleged conversations with Ryan White, and to describe those alleged conversations to the Court to establish a good faith basis for any further discovery.

Respectfully Submitted,

/s/ *Tara N. Tighe*
Tara N. Tighe | Bar No. 21988
Christopher B. Mead | Bar No. 8512010419
SCHERTLER ONORATO MEAD & SEARS
901 New York Avenue, N.W. | Suite 500 West
Washington, DC 20001
ttighe@schertlerlaw.com
cmead@schertlerlaw.com
Phone: (202) 628-4199
Fax: (202) 628-4177
*Counsel for Defendant Shaun Bridges*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 15, 2022, I filed the forgoing document with the Clerk of this Court using the Court's CM/ECF electronic filing system, which will send automatic electronic notice to all counsel of record in this case.

Respectfully Submitted,

<u>/s/ *Tara N. Tighe*</u>
Tara N. Tighe | Bar No. 21988

# Exhibit A

# Lin Wood's Fave QAnon Oracle Hopes for Trump Pardon

Updated Jan. 05, 2021 5:40AM ET

Photo Illustration by The Daily Beast / Photos Getty

Even in the bizarre world of QAnon conspiracy theorists, self-proclaimed deep state whistleblower Ryan Dark White has some crazy ideas.

Like other QAnon promoters, White, who goes by the alias "John Here to Help" on Twitter, says a cabal of Satanic government bureaucrats is out to get Donald Trump.

But he also claims those same nefarious actors have broken through to another dimension, where they discovered a sort of elemental spirit that is essentially the spirit of God, then packaged it into a machine

named "Project Deep Space 9."

"It's the voice of God," White, 52, said in a 2019 appearance on a QAnon podcast. "It's the original word, the first word, that was spoken to start us to start the universe."

The interdimensional machine can be used to trick people like Pope Francis into thinking they're receiving spiritual messages, according to White, or it can cure physical illnesses. White claims that he himself was healed by the device after being tortured by deep state agents, but with a surprising consequence: a permanent change to the color of his eyes, from blue to gray.

"There were actually people who were very put off by it, initially," he said on the podcast. "I had to wear sunglasses."

Despite his outlandish ideas, or because of them, White has amassed a following in the world of pro-Trump conspiracy theorists. He's earned more than 115,000 followers on Twitter, and become a key source for Lin Wood, the noted defamation attorney who has descended into the world of conspiracy theories as he pursues long-shot attempts to overturn President-elect Joe Biden's win.

White appears to be the basis for at least some of the bizarre claims Wood has made on Twitter about Chief Justice John Roberts, suggesting that Roberts is involved in a child trafficking ring and the tool of a sinister cabal. Those tweets, along with Wood's call for Vice President Mike Pence to face a firing squad, have prompted the Trump campaign and prominent Republicans to distance themselves from Wood.

Still, the Georgia attorney has continued to promote White's conspiracy

theories.

"John is a truth-giver," Wood tweeted on Dec. 26, referring his followers to White's account. "Go to his account and read carefully. You will learn some shocking and chilling truths. Many high-ranking officials must go to prison. Including [Chief Justice] John Roberts. Level of evil in our government officials is frightening."

In the waning days of the Trump administration, Wood has seized on White's criminal record, which includes a 2015 federal charge in Maryland, as proof of some deep state plot. In a Dec. 28 tweet, Wood urged supporters of former Trump National Security Adviser Michael Flynn to comb through White's court cases, alleging that hidden transcripts in the case proved unspecified conspiracy theories.

"I bet the Digital Soldiers of @GenFlynn can a (sic) have a field day with the records in these cases," Wood wrote, posting an image from White's court record.

On Monday, Wood claimed that the long-awaited "kraken" revelations could be found in White's criminal case, even claiming Trump should use soldiers to seize court files.

"Documents must be seized before they are destroyed," Wood tweeted. "Time is now of the essence if this part of the Kraken is to be successful."

Wood's claims have fueled calls for Trump to pardon White, a campaign that White has also embraced. A White House petition for Trump to pardon White for his work as a "Patriot Whistleblower" and providing proof of "the Coup attempt against both President Trump and General Flynn" has earned 7,000 signatures.

Outside of the fevered imaginations of QAnon fans, however, White isn't a whistleblower standing up to the deep state. Instead, he earned his conviction in a much more mundane way: illegally owning guns and fraudulent scoring huge amounts of opioids.

In the summer of 2015, DEA agents in Rosedale, Maryland, surveilled White as he went about his opioid rounds.

White had drawn the DEA's attention because he had been prescribed enormous amounts of the opioid Zohydro, purportedly because he was suffering from Amyotrophic Lateral Sclerosis, or Lou Gehrig's disease.

But as the agents followed White, they noticed he was inconsistent with how often he used a cane and appeared to be in pain. When he went into a pharmacy to pick up pills or drop off a prescription, White appeared to be moving unsteadily with a cane, as though he was suffering from the disease and needed heavy-duty painkillers. But when White went into gas stations, walked around his apartment or even walked for exercise in mall parking lots, he didn't use a cane and appeared to be in fine health.

White's act had helped him score 80,160 doses of Zohydro—an opioid so potent that the state of Massachusetts tried to ban it—paid for with $142,911 from Medicare. White had complained to pharmacists that the pills seemed to no longer work for him—something that had only become a problem for White, pharmacists posited to the DEA, because the drug's formula had been changed so drug users could no longer snort it for a faster high. White had already been convicted in 2010 of intent to distribute a controlled dangerous substance, raising agents' suspicions further.

A raid on White's apartment confirmed agents' suspicions, turning up hundreds of rounds of ammunition, 14,000 Zohydro and Oxycodone pills, a pistol, and several other firearms. White eventually pleaded guilty to prohibited ammunition possession and health-care fraud, admitting in his plea that he had "unlawfully obtained prescriptions for oxycodone and hydrocodone" by pretending to suffer from ALS symptoms.

White was sentenced to 27 months in prison under his deal, but he soon turned to conspiracy theories, writing letters to the court claiming, without evidence, that prosecutors had spied on his conversations with his attorneys. Judges tossed White's allegations.

White emerged from prison in March 2017, an ex-prisoner with an uncertain future and a more than $100,000 court-ordered debt to Medicare.

He began to tweet under the "John Here to Help" handle in Feb. 2018. Seizing on the QAnon-style conspiracy theories that were then rising on the right, White began to fashion a new identity for himself under his alias, going from a run-of-the-mill opioid scorer who had afoul of the law to a heroic foe of the anti-Trump deep state.

In this new telling, White claimed that he had discovered an interdimensional deep state coup aimed at toppling Trump from power — and QAnon believers ate it up. White's persona has also been embraced by Terpsichore Maras-Lindeman, a fellow pseudo-whistleblower who serves as a star witness for pro-Trump lawyer Sidney Powell's election legal efforts.

White appears to be a source for many of Wood's most outlandish

claims about Roberts. According to a lawsuit Wood's former legal partners filed against him in September, Wood allegedly believes that he will be selected to replace Roberts as chief justice.

Wood has seized on a number of anti-Roberts theories that White has promoted. While Wood didn't respond to requests for comment, he has echoed specific claims made by White, alleging deceased billionaire pedophile Jeffrey Epstein arranged for Roberts to adopt children, that Roberts suffered a suspicious injury at a country club, and that he somehow had advance knowledge of late Justice Antonin Scalia's death.

White manages to turn even mundane interactions into grist for his conspiracy-filled worldview. Last Wednesday, a reporter for The Daily Beast called a number White has used in the past to register web domains. After a woman answered the phone, the reporter asked to speak with White about his pardon request.

A man's voice could be heard in the background asking who had called. Then the line went dead.

Two minutes later, "John Here to Help" posted on Twitter that the deep state was targeting his wife.

"They are coming after my wife now," the account's owner tweeted. "Phone calls, threats. Trying to find her location. You're making a mistake…"

As White's profile has grown in the fringe right, he's becoming increasingly vocal about his requests for a Trump pardon, even revealing his actual identity in December in a bid to gain support for his pardon. Any pardon could potentially get White out from under his six-

figure debt to Medicare. An August 2020 filing in White's case noted that he still owed restitution money, though it didn't specify how much.

"Please consider extending your Pardon powers a bit more to include me!" White wrote in a tweet addressed to Trump on Dec. 23, garnering nearly 1,000 retweets.

Despite White's history of fabrication about his conviction and supposed insights into conspiracy theories, Wood might not be done with him yet. On Monday, White tweeted that Wood was "helping to get my information out."

# Exhibit B

Log In

# Daily Kos

Community



Attribution:
Jon McGreevey, a losing GOP U.S. Senate candidate from Maryland now looking at prison time for lying to the police in a report about alleged child sex trafficking.
Fanatical Republican Extremist of the Day: Jon McGreevey aka Ryan Dark White
Jul 21, 2022 4:28pm EDT by republicinsanity, Community



1 | 2

Please log in or sign up to continue.

Welcome to what is the 1121st original profile here at "Fanatical Republican Extremist of the Day", where we'll be profiling **Jon McGreevey aka Ryan Dark White**, a 2022 candidate for U.S. Senate in Maryland, looking to knock off Democratic Senator Chris Van Hollen, but that seems unlikely, given how he has been giving modest support for the Qanon conspiracy theory over the past few years, including saying "*that if Q stands for anything it's getting the truth out there*" on Twitter, and making references to the absolutely looney "adenochrome harvesting" part of the Qanon conspiracy. That habit, of course, may have been a factor in why his Twitter account is now suspended.

Either that, or that he continued to make accusations of pedophilia towards individuals like former VP Mike Pence and Supreme Court Justice John Roberts, and that's gonna cause concern for a lot of mainstream Republicans as well…

But perhaps the piece de resistance to the story of McGreevy/White would be that on July 18th, 2021, he was arrested in Maryland for filing a false police report about, what else, human trafficking of a 12 year old girl taking place in an adult bookstore where he… he worked. He claimed he was "undercover" to expose sex trafficking and drug trafficking, which is weird because he isn't a member of law enforcement, but he has been campaigning along side a Republican candidate for Sheriff of Baltimore County, Andy Kuhl, who also had a campaign hyper-focused on accusations of widespread child sex trafficking. The current Democratic Sheriff of Baltimore County, Jeffrey Gahler noted that McGreevey/White's lies were likely motivated by political posturing, so… yeah.

Anyway, McGreevey just got dunked on in the GOP Primary on Tuesday, getting just 2.9% of the vote. If he has any political future, it will be as a "perennial candidate", but right now, he might want to focus about not spending a lot of time in prison.

**Click Here for Full FRED Archive**

One Year Ago, July 21st, 2021: **Gary Heyer (MN)**
Two Years Ago, July 21st, 2020: **William Figlesthaler (FL)**
Three Years Ago, July 21st, 2019: **Janice Arnold-Jones (NM)**
Four Years Ago, July 21st, 2018: **Greg Heartsill (IA)**… 2018 Update
Five Years Ago, July 21st, 2017: **Greg Heartsill (IA)**… 2017 Update
Six Years Ago, July 21st, 2016: **Greg Heartsill (IA)**… 2016 Update
Seven Years Ago, July 21st, 2015: **Greg Heartsill (IA)**… Original Profile
Eight Years Ago, July 21st, 2014: **Newt Gingrich (GA)**

Display 1 Comments
1 comment
1 comment

**FROM THE WEB**                                                                                      Sponsored Links by Taboola

**Top Heart Surgeon: This Simple Trick Helps Empty Your Bowels Every Morning**
Gundry MD Bio Complete 3 Supplement

**Seniors With Hearing Loss in District Of Columbia Are In For A Big Surprise**
hear.com

**Roofers Tested 17 Gutter Guards… Here's What They Discovered**
LeafFilter Partner                                                                                    Learn More

**1 Simple Method To Fight Nail Fungus (Try Tonight)**
FungusDefend

**Perfect Shave Without Irritation Or Cuts! The Trimmer Every Man Needs.**
Luoccia                                                                                               Shop Now

**Locate Almost Anyone By Entering Their Name (This Is Addicting!)**
TruthFinder

**Fighting Neuropathy? Try This Immediately**
Life Neuropathy


**Do This if You Have Toenail Fungus (Try Tonight)**
Fungus Solution


**We are selling off our remaining magic metal windmills. Great garden decor.**
ballshot


**The Best Men's Shoes for Walking and Standing All Day**
Gonaray shoes


**Now 70% Off -The Best walking Shoes for Women to Wear All Day Long No Tired**
SEASIDEQ


**Take 1 Spoon Of This Olive Oil & Watch What Happens**
Gundry MD


**Washington, District Of Columbia: Are You Aware Of This?**
iQ Report


**Why Are Thousands of Men Switching to This Brand of Hybrid Dress Shoes?**
Wolf & Shepherd


**Best Walking Shoes For Seniors To Ensure Safety And Comfort**
New Trend


**If You Have More Than $1,000 in Your Checking Account, Make These 5 Moves**
thepennyhoarder.com


**The Best Wlaking Shoes for Men to Wear All Day Long No Tired**
Orthopedic Shoes

**Fighting Constipation? Try This Immediately**

**Wellnessfully**

x
View Full Site  Helpdesk
©2022 Kos Media
× Close

Close
Close    Save changes

.

# Exhibit C

**Receive Daily Banned News Stories THEY Don't Want You to Know!**

*Let's Break the Censorship Together, Opt in and Spread the Word!*

SIGN UP NOW CLICK HERE!

✕

Mon. Aug 8th, 2022   3:16:49 PM



18

## Survive the News

We're Breaking the Censorship

FEATURED    POLITICS    USA NEWS

# Why I Am Questioning the Credibility of Dr. Jonathan McGreevy/aka Ryan Dark White/aka JohnHeretoHelp

By **Survive the News**

⊙ JUL 16, 2021   🏷 #dark, biden, credibility, JohnHeretoHelp, Jonathan, McGreevyaka, Questioning, Ryan, Whiteaka





### Search

**Digital Purple Heart Recipient**



**NOTICE:** This site is purely a religious organization, anything that seems like political or health based discussion is simply our religious doctrine and beliefs.

**We've been banned from:**

Twitter, Facebook, Reddit, Medium, WordPress, Google, Gmail (literally), Blogspot, Instagram, Pinterest, LinkedIn, PayPal, LiveJournal, Soundcloud, Dailymotion, Vimeo,





8/8/22, 3:16 PM
Why I Am Questioning the Credibility of Dr. Jonathan McGreevy/aka Ryan Dark White/aka JohnHeretoHelp - Survive the News

Case 1:20-cv-00068-JRR   Document 89   Filed 11/15/22   Page 24 of 76

Receive Daily Banned News Stories **THEY** Don't Want You to Know!

*Let's Break the Censorship Together, Opt in and Spread the Word!*

SIGN UP NOW CLICK HERE!



✕



18



Listen    18       Chat



# Get Awesome Patriot Gear Today! Pay Just S&H For Most Items!

**Patriot T-Shirts**



**Patriot Hats**





I've also been banned by the Patriot Streetfighter Telegram Channel… go figure.

*Any income* made by this site is reinvested back into STN. Read our Pledge HERE.

**EVIDENCE THAT COVID19 is REALLY SNAKE VENOM IN OUR WATER SUPPLY – MASTER PAGE CLICK HERE –**

**Possible Antidotes for those who have been vaccinated and those who are around the vaccinated:**

**F**or the Vaccinated: NANO SOMA*

**N**eutralizing the **S**pike **P**rotein: Shikimic Acid*

**R**ead About All Possible Detoxing Options HERE.

**150 S**tudies Proving the Ineffectiveness and Harm of Wearing Masks, read them HERE.

**1,000** Different Studies Show Extensive Evidence of COVID-19 Vaccines Adverse Events, read them HERE.

**L**earn What NESARA/GESARA is HERE. (Recommended)

8/8/22, 3:16 PM          Why I Am Questioning the Credibility of Dr. Jonathan McGreevy/aka Ryan Dark White/aka JohnHeretoHelp - Survive the News

Case 1:20-cv-00068-JRR   Document 89   Filed 11/15/22   Page 25 of 76

Receive Daily Banned News Stories **THEY** Don't Want You to Know!

*Let's Break the Censorship Together, Opt in and Spread the Word!*

SIGN UP NOW CLICK HERE!

✕

18



😄

**Patriot Coins**



**Follow us on Telegram**

Learn How Nano Soma's DNA Blueprint Repair System Could Possibly be the Antidote for Those Who Have Been Vaccinated and for those Concerned about Protein Shedding* - CLICK HERE TO LEARN MORE

**My** last post **exposing serious discrepancies in the "testimony" of Dr. Jonathan Ambrose McGreevy aka @JohnHereToHelp aka Ryan Dark White is shaking the conspiracy tree and generating a bit of criticism.** There are those who insist– without offering one shred of evidence beyond the words of Ryan Dark White–that White's allegations must be investigated without worrying about documentary evidence that White is not telling the truth. **Below is more information on McGreevy/White where we found many of his key statements to be farfetched and unsupported.**

We acknowledge that McGreevy is good at sharing information and gaining even an expert's trust but then he takes innocents into far-off places after gaining trust based on his initial comments.

Here is what Ryan Dark White told Lin Wood's attorneys in January 2021:

- Former Vice President Mike Pence is a closeted homosexual (see p. 7 of **RDW** interview titled "Background" and interview titled "Vice President Mike Pence" pp. 2-14)
- Supreme Court Justice John Roberts is a homosexual (see p. 11 of **RDW** interview titled, "Vice President Mike Pence")
- Pedophile Jeffrey Epstein facilitated getting the children who subsequently were adopted by Supreme Court Justice John Roberts (see p. 9 of interview titled, "Background")
- Rod Rosenstein headed a "Dirty Tricks Squad" comprised of Sean Henry, FBI – Shaun Bridges, Secret Service — Joseph Rosati, DEA–Alan Boroshok, ATF–Gregory Utz, a former Baltimore County police officer detailed to the DEA, but he was . (see p. 2 of interview titled, "Dirty Tricks Squad.")

**Survive the News*!**

Follow Conspiracy Music Guru Here.
*We've adopted it as such, it's not ours. Enjoy.





***Get Cool Gear & Fund STN –***

***Click a Banner Below to Get Started***



*Any statements made regarding any product or health service on this website has OF COURSE not been evaluated by the Food and Drug Administration cartel. The efficacy of these products has not been confirmed **FDA**-approved research, which is nothing but continued sickcare. These products are not intended to diagnose, treat, cure or prevent any disease… but if they did, you should

🌙

8/8/22, 3:16 PM       Why I Am Questioning the Credibility of Dr. Jonathan McGreevy/aka Ryan Dark White/aka JohnHeretoHelp - Survive the News

Case 1:20-cv-00068-JRR   Document 89   Filed 11/15/22   Page 26 of 76



# Receive Daily Banned News Stories **THEY** Don't Want You to Know!

*Let's Break the Censorship Together, Opt in and Spread the Word!*

**SIGN UP NOW CLICK HERE!**

×

to execute one of these plots (see pp. 10-16 of **RDW** interview titled
"[Background](#).")

18

**TRENDING:** [Breaking: Arizona State Senator Demands Biden Electors be Recalled to Arizona and New Election Held Following Thursday's Stunning Audit Revelations](#)



These are alarming allegations. So it is natural to ask Ryan Dark White, "How do you know this?" But nothing has been published to show he answered that critical question. Did he ever work in any capacity for either Mike Pence or Judge John Roberts? Is he a friend of either man? Does he belong to any club or social organization frequented by either man? Does he know the person or persons Mike Pence allegedly is buggering? Nothing has been proffered by Ryan White so far to answer these questions. We are just supposed to take his word for it because he claims to have worked in a Secret organization with Rod Rosenstein.

**If we are going to take Ryan White's word as accurate then it is both appropriate and necessary to examine the veracity of his other statements.** This is where the problems arise. Ryan Dark White/Dr. Jonathan McGreevy's accounts of how he came to know Rod Rosenstein are inconsistent and remarkably easy to disprove.

We can start with the simple fact that White/McGreevy was born on March 28, 1968. That appears to be true. Keep this date in mind as we compare the story White told Ty Clevenger in April 2018 with the tall tale he spun for Lin Wood's lawyers in January 2021.

White told Attorney Clevenger the following in April 2018:

- "I was a lay minister since 1983." (age 15)
- "I joined the military and then the National Guard."
- Attended a Catholic seminary as was ordained in 1996. (age 28)
- "I became a manager for other ministries."
- "I started working as a private detective."

He did not say one word about attending one college, much less four prestigious universities. He did not say one word about obtaining multiple doctorates in the fields of Chemistry, Biology, Mathematics and Physics. Nope, first a soldier, then a minister and then a private detective.

Ryan White's embellishments go extra orbital when he sits down with the lawyers working for Lin Wood in January 2021. He tells a completely different story but omits key facts:

> And, Ryan, if you could just give us a brief background — excuse us — brief background about yourself — where you grew up, where you went to school — just so we know a little bit more about you.
>
> INTERVIEWEE: Ryan D. White. It's not my birth name. It's not the name I prefer. Originally from Maryland. I hold graduate degrees — I held graduate degrees — I'll explain that — in physics, mathematics, biology and chemistry from the University of Pennsylvania and Green College, Oxford. Graduate school would be University of Pennsylvania, Johns Hopkins and University of Maryland, University of Maryland's physics program.





8/8/22, 3:16 PM                    Why I Am Questioning the Credibility of Dr. Jonathan McGreevy/aka Ryan Dark White/aka JohnHeretoHelp - Survive the News

Case 1:20-cv-00068-JRR   Document 89   Filed 11/15/22   Page 27 of 76



**Receive Daily Banned News Stories THEY Don't Want You to Know!**

*Let's Break the Censorship Together, Opt in and Spread the Word!*

SIGN UP NOW CLICK HERE!



18



If Ryan White aka Jonathan McGreevy actually was awarded an advanced degree from the University of Pennsylvania, Johns Hopkins University, Maryland University or Green Templeton College at Oxford University, there would be a record and a copy of his dissertation on file.

So I started checking. According to officials with access to these records at the University of Maryland and John Hopkins University, the name Jonathan McGreevy is not found. He was never awarded a graduate degree from either. My requests to the University of Pennsylvania and Green Templeton College Oxford are pending.

Ryan White's lies about his academic record achieved a new level of bizarre during his June 23, 2021 interview with Stew Peters. He claims he created a virus that will sterilize men and women (pp 40 – 42 of the Stew Peters transcript):

8/8/22, 3:16 PM                    Why I Am Questioning the Credibility of Dr. Jonathan McGreevy/aka Ryan Dark White/aka JohnHeretoHelp - Survive the News

Case 1:20-cv-00068-JRR   Document 89   Filed 11/15/22   Page 28 of 76

# Receive Daily Banned News Stories THEY Don't Want You to Know!

*Let's Break the Censorship Together, Opt in and Spread the Word!*

SIGN UP NOW CLICK HERE!

18



**STEW PETERS: You developed a virus. What would that virus have done it had been released upon the world?**

**JONATHAN McGREEVEY: This was gain of function research, one of many, and this one — I probably shouldn't say which virus, but it was a (indiscernible) virus you heard about but it was manipulated and engineered, gain of function, to the point where it would affect populations by making people sterile.**

**If it had been released within one generation, it would have made 90 to 95 percent of the male population and approximately 30-35 percent of the female population sterile. . . .**

**STEW PETERS: So just so everybody's very clear here, this is a virus that would have essentially wiped out an entire generation by making 90 to 95 percent of males sterile and 30 to 35 percent of females would become infertile, unable to reproduce.**

**Anthony Fauci and Bill Gates tried to buy this. Gates tried to buy it. Fauci tried to steal it with the intent knowing what it was capable of of releasing it into the general global population; is that right?**

**JONATHAN McGREEVEY: That's correct. Rod Rosenstein tried to seize it legally. His sister, Nancy, was very interested in it and also tried to help him. She was going to point out what to look for and how to get it and whether this was real or this was not. She was the one directing them because Rod is not a physician or scientist. And they tried very, very hard to get it.**

**(pp 47 – 48 of the Stew Peters transcript):**

**STEW PETERS: You have been an integral part of doing the research and developing some of these things. That is why you're able to speak from an educated perspective on this. I want people to understand that this is what you do. This is your profession. This is what your expertise is in; is that correct?**

**JONATHAN McGREEVEY: Part of it. At the time, yes. I mean, it's molecular biology, molecular chemistry in addition to the medical, so yes. I mean, that's what I did. That's part of what one doctorate was based on was gain of function research. . . .**

Ryan Dark White aka McGreevy insists he has at least two doctorates. One of these is in biology with a specialization in virology.

If Ryan Dark White was doing virology research then he should be able to say where he did it and when he did it. In addition, where are his articles in medical journals detailing his research? And if he argues that he was doing "classified" research then there will be a record of his security clearance.

The legal record tells a different story. RDW was arrested by DEA in 2009 when he received a shipment of Schedule II narcotics from Los Angeles that was part of an ongoing case being run by DEA Los Angeles. DEA Agent Joe Rosati, based in Maryland, became involved when he was alerted to the package by his Los Angeles



# Receive Daily Banned News Stories **THEY** Don't Want You to Know!

*Let's Break the Censorship Together, Opt in and Spread the Word!*

**SIGN UP NOW CLICK HERE!**

legally own firearms or ammunition after 2005). This is relevant when you read the indictment for his second arrest in October 2015:

.oOo.

### INDICTMENT

**COUNT ONE**

The Grand Jury for the District of Maryland charges that:

On or about October 5, 2015, in the District of Maryland, the defendant,

**RYAN DARK WHITE,**
**a.k.a. Jonathan Ambrose McGreevy,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of hyrdrocodone, a Schedule II controlled substance; as well as a quantity a mixture or substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

**COUNT TWO**

The Grand Jury for the District of Maryland further charges that:

On or about October 5, 2015, in the District of Maryland, the defendant,

**RYAN DARK WHITE,**
**a.k.a. Jonathan Ambrose McGreevy,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting interstate commerce, specifically 420 rounds of Magtech .45 Colt ammunition and four rounds of Winchester .410 gauge rifled slug hollow point ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

18 U.S.C. § 922(g)(1)
18 U.S.C. § 2

Note that the second count specifically references White/McGreevy's prior conviction for a crime that prohibits him from possessing firearms and ammunition.

## The aforementioned facts call into question the claims by Dr. Jonathan McGreevy. It appears that McGreevy is very good at telling a tall tale. We say this to protect innocent individuals from ever trusting this man.



8/8/22, 3:16 PM
Why I Am Questioning the Credibility of Dr. Jonathan McGreevy/aka Ryan Dark White/aka JohnHeretoHelp - Survive the News

Case 1:20-cv-00068-JRR   Document 89   Filed 11/15/22   Page 30 of 76

Receive Daily Banned News Stories **THEY** Don't Want You to Know!

Let's Break the Censorship Together, Opt in and Spread the Word!

SIGN UP NOW CLICK HERE!

✕


Happy

Unmoved

Amused

Excited

Angry

Sad

18







**《 SEISMIC VICTORY: New Hampshire Grassroots Activists OUST Local Official Who Had Grandma Arrested for Not Wearing a Mask in Write-In Vote Campaign**

**POLL: 88 Percent Believe Inflation Will Get Worse Under Biden 》**

By **Survive the News**

RELATED POST

Biden on His
Executive
Order to
Facilitate
Abortion

🕐 AUG 8, 2022          ⊙

SURVIVE THE NEWS

Joe Biden
Repeatedly
Coughs into
His Hand
(VIDEO)

🕐 AUG 8, 2022          ⊙

SURVIVE THE NEWS

Agents to an
Already
Armed IRS –
Only China
Wins

🕐 AUG 8, 2022          ⊙

SURVIVE THE NEWS

YOU MISSED

Executive
Order to
Facilitate
Abortion

Repeatedly
Coughs into
His Hand
(VIDEO)

Already
Armed IRS –
Only China
Wins

Judge Found
Dead at the
Bottom of
Mud Lake



8/8/22, 3:16 PM
Why I Am Questioning the Credibility of Dr. Jonathan McGreevy/aka Ryan Dark White/aka JohnHeretoHelp - Survive the News

Case 1:20-cv-00068-JRR   Document 89   Filed 11/15/22   Page 31 of 76

## Receive Daily Banned News Stories **THEY** Don't Want You to Know!

*Let's Break the Censorship Together, Opt in and Spread the Word!*

SIGN UP NOW CLICK HERE!

×



## ARCHIVES

August 2022

July 2022

June 2022

May 2022

April 2022

March 2022

February 2022

January 2022

December 2021

November 2021

October 2021

September 2021

August 2021

July 2021

June 2021

May 2021

April 2021

March 2021

February 2021

January 2021

December 2020

November 2020

## INFORMATION

Want to share news with us? Send us a message on **Facebook**.

Notice: There are affiliate links present on this website, both from the control of Survive the News and from other websites that we do not control. Also, this website is a participant in the Amazon Services LLC Associates Program. As an Amazon Associate I earn from qualifying purchases. If you purchase something from these links we or the owners of those links COULD get paid for that.

You can read our entire affiliate disclaimer here.

We hope you don't mind as it's expensive to pay for bandwidth and time to do this.

Shipping Policy

Privacy Policy

Return Policy

COA and Hemp Information

## RECENT POSTS

In Rare Move US Bishops Release Scathing Letter Blasting 'Catholic' Joe Biden on His Executive Order to Facilitate Abortion

Kentucky Governor Beshear Leans Away as Maskless Joe Biden Repeatedly Coughs into His Hand (VIDEO)

Democrat's Inflation Bill Will Add Agents to an Already Armed IRS – Only China Wins

Arkansas Judge Found Dead at the Bottom of Mud Lake

Major red flags go up after Biden's Census Bureau asks gun holster companies for detailed sales records

Survive the News



8/8/22, 3:16 PM
Why I Am Questioning the Credibility of Dr. Jonathan McGreevy/aka Ryan Dark White/aka JohnHeretoHelp - Survive the News

Case 1:20-cv-00068-JRR   Document 89   Filed 11/15/22   Page 32 of 76



# Receive Daily Banned News Stories **THEY** Don't Want You to Know!

*Let's Break the Censorship Together, Opt in and Spread the Word!*

SIGN UP NOW CLICK HERE!

Economy        Health        Spiritual        Contact



18



# Exhibit D

MDS

# United States District Court
## District of Maryland

FILED
2016 JUL 28  PH 4:37

CLERK'S OFFICE
AT BALTIMORE

UNITED STATES OF AMERICA

v.

**RYAN DARK WHITE**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

Case Number: JKB-1-16-CR-00172-001

Defendant's Attorney:  Christopher John Purpura, CJA
Assistant U.S. Attorney: Peter J Martinez

**THE DEFENDANT:**

☒ pleaded guilty to count(s) _1_
☐ pleaded nolo contendere to count(s) _____, which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1347 | Health Care Fraud | Sept. 2015 | 1 |

The defendant is adjudged guilty of the offenses listed above and sentenced as provided in pages 2 through __6__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by U.S. v. Booker, 543 U.S. 220 (2005).

☐ The defendant has been found not guilty on count(s) _____
☐ Counts ___ is/are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 28, 2016
Date of Imposition of Judgment

James K. Bredar                    July 28, 2016
James K. Bredar                    Date
United States District Judge

Name of Court Reporter:  Christine Asif

Sheet 2 - Judgment in a Criminal Case with Supervised Release (Rev. 11/2011)                              Judgment Page 2 of 6

**DEFENDANT: Ryan Dark White**                                    CASE NUMBER: JKB-1-16-CR-00172-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __27__ months, to run concurrent with the sentence imposed in JKB-1-15-CR-00545-001.

☒ The court makes the following recommendations to the Bureau of Prisons:
1. That the defendant be placed in a facility as close as possible to Baltimore, Maryland consistent with his security level and his medical assessment.


☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m. on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender, at his/her own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal. If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

    ☐ before 2pm on _____.

**A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146. If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147. For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148. Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.**

# RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.


                  _____

                  UNITED STATES MARSHAL


                  By:_____
                  DEPUTY U.S. MARSHAL

Sheet 3 - Judgment in a Criminal Case with Supervised Release (Rev. 11/2011)                                    Judgment Page 3 of 6

**DEFENDANT: Ryan Dark White**                                    CASE NUMBER: JKB-1-16-CR-00172-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

**The defendant shall comply with all of the following conditions:**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

## A.    STATUTORY CONDITIONS OF SUPERVISED RELEASE

1) The defendant shall not commit any federal, state or local crime.
2) In any felony case, the defendant shall not possess a firearm or ammunition as defined in 18 U.S.C. §921.
3) The defendant shall not illegally use or possess a controlled substance.
4) The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
5) Pursuant to Pub. Law 108-405, Revised DNA Collection Requirements Under the Justice for All Act of 2004, if applicable, the defendant shall cooperate in the collection of DNA while incarcerated in the Bureau of Prisons, or as directed by the probation officer.
6) If this judgment imposes any criminal monetary penalty, including special assessment, fine, or restitution, it shall be a condition of supervised release that the defendant pay any such monetary penalty that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. The defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

## B.    STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his or her dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) The defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any persons convicted of a felony unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall notify the probation officer within 72 hours of being charged with any offense, including a traffic offense;
13) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court;
14) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**DEFENDANT: Ryan Dark White**                                    CASE NUMBER: JKB-1-16-CR-00172-001

## C.   SUPERVISED RELEASE
## ADDITIONAL CONDITIONS

1. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
2. The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
3. The defendant shall pay restitution in the amount of $105,991.00, in equal installments of $50.00 a month during the term of supervised release.

Sheet 5, Part A - Judgment in a Criminal Case with Supervised Release (Rev. 11/2011)                    Judgment Page 5 of 6

**DEFENDANT: Ryan Dark White**                                    CASE NUMBER: JKB-1-16-CR-00172-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $100.00 | $.00 | $105,991.00 |

☐   CVB Processing Fee $30.00

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☒   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Clerk, US District Court<br>101 W. Lombard Street<br>Baltimore, MD 21201<br>For disbursement to victim(s) | | $105,991.00 | |

| **TOTALS** | $ _____ | $ _____105,991.00_____ | |
|---|---|---|---|

☐   Restitution amount ordered pursuant to plea agreement _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☒   the interest requirement is waived for the   ☐   fine    ☒   restitution

     ☐   the interest requirement for the   ☐   fine    ☐   restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

**DEFENDANT: Ryan Dark White**          CASE NUMBER: JKB-1-16-CR-00172-001

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A    ☒    In full immediately; or

B    ☐    $_____ immediately, balance due (in accordance with C, D, or E); or

C    ☐    Not later than _____; or

D    ☐    Installments to commence _____ day(s) after the date of this judgment.

E    ☒    In __monthly__ (*e.g. equal weekly, monthly, quarterly*) installments of $_50.00_ over a period of __3__ year(s) to commence when the defendant is placed on supervised release.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Unless the court expressly orders otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall **NOT** be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Bureau of Prisons Inmate Financial Responsibility Program, are to be made to the Clerk of the Court.

If the entire amount of criminal monetary penalties is not paid prior to the commencement of supervision, the balance shall be paid:

☐    in equal monthly installments during the term of supervision; or

☐    on a nominal payment schedule of $_____ per month during the term of supervision.

The U.S. probation officer may recommend a modification of the payment schedule depending on the defendant's financial circumstances.

Special instructions regarding the payment of criminal monetary penalties:

☐    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☒    The defendant shall forfeit the defendant's interest in the following property to the United States: A. Eight Lli Pietta .44 caliber black powder guns (converted to .45 caliber). B. One Flare Gun (converted to .410 caliber). C. One Derringer .22 caliber Magnum firearm, bearing serial number 2447144. D. One unknown firearm bearing serial number R417259. E. 620 rounds of Magtech Colt . 45 caliber ammunition. F. 50 rounds of Gamepoint .22 caliber ammunition. G. Four rounds of Winchester .410 gauge rifled slug hollow point ammunition.

# Exhibit E

——— FILED ——— ENTERED
——— LOGGED ——— RECEIVED

JAN 2 5 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

    **Plaintiff(s)**

**V.**                           **Criminal Case No. 1-16-CR-00172-001**

**RYAN DARK WHITE**
**BOP Inmate No. 59130-037**

    **Defendant**

---

## MOTION REQUESTING A JUDICIAL RECOMMENDATION CONCERNING LENGTH OF RRC/HALFWAY HOUSE PLACEMENT

COMES NOW, the Defendant, ~~Devon~~ RYAN White, pro se and unskilled in the field of law, and respectfully moves this Honorable Court to recommend that the Bureau of Prisons ("BOP") afford the Defendant Residential Re-entry Center ("RRC")/halfway house placement time of 9 months preceding the end of his sentence. In support thereof, Defendant states as follows:

1. On July 28, 2016 Defendant was sentenced by this Court to a term of twenty seven (27) months imprisonment followed by a term of three (3) years of supervised release.

2. Pursuant to the Second Chance Act of 2007 ("SCA") the BOP may place a defendant into RRC/halfway house up to twelve (12) months prior to his release date if it is determined that Mr. White's placement in a halfway house is of *"sufficient duration to provide the greatest likelihood of successful reintegration into the community."*

3. The criteria that the Bureau of Prisons is to consider in assessing an individual applicants' eligibility for up to twelve months of RRC/Halfway House includes: any statement made by the Court concerning the purposes that warranted a sentence to imprisonment and

recommending the type of correctional facility that would be appropriate. 18 U.S.C. 3621(b)(4)(A), (B). **(See Exhibit 1a-Granted RRC 12 month motions).** An RRC/halfway house is a correctional facility with superior transitional programs to help inmates rebuild their ties to the community.

4. Mr. White is currently housed at the low security Allenwood Federal Correctional Institution in White Deer, Pennsylvania. His release date is September 19, 2017, and a recommendation for RRC placement will not affect this.

5. Mr. White is 48 years old. He is young enough to be reformed and rejoin law-abiding society with all the help of a judicial recommendation for prolonged placement at a federal halfway house.

6. Mr. White's employment history has been anemic, as he has been underemployed most of his adult life, with physical impairments since 2010. Employment prospects are not promising without the retraining assistance at a federal RRC for more sedentary, computer-based positions.

7. In addition, Mr. White has participated in the following BOP programs in an attempt to prepare for his release and aid in his rehabilitation:

    a. GED;
    b. Job Skills and Interviews;
    c. Personal Finance;
    d. Victim Impact Group.

8. A recommendation that Mr. White be placed for 9 months at an RRC/Halfway House would be non-binding on the BOP, advisory in nature, and consistent with the reintegration principles of the Second Chance Act. This extra RRC time would allow Mr. White to better address the underlying impetus that led to commission of his past and

instant offenses. With a Criminal History Score of 4 and a Criminal History Category of III, Mr. White must be assisted resist the temptation to resume his criminal lifestyle.

9. A recommendation that Mr. White be afforded RRC/Halfway House placement time of 9 months would maintain the integrity of the disposition while still preserving the punitive aspect of his sentence since it would not modify the court's sentence and would allow Mr. White the opportunity to address and correct his elevated risk of recidivism by virtue of his arrest record, the nature of his offenses, his limited job skills, meager employment history, poor vocational opportunities, lack of savings or assets, restitution repayment, homelessness, health problems unaddressed in the BOP, no clothes, no medical insurance, and a prison sentence on his record. He will remain under the control of the BOP while in the supervised environment of the RRC as the law allows.

10. Mr. White expressed exceptional remorse and contrition regarding his commission of his offenses and he cooperated fully with the Prosecution.

11. The Attorney General of the United States and the Inspector General of the BOP have noted in reports and public statements that the BOP is under-utilizing various programs available, such as RRC/halfway house, as it is in Mr. White's case. It should also be noted that generous RRC/halfway house placement reduces the cost of traditional incarceration.

12. If it pleases the court, for all the foregoing reasons, we request the court agree to recommend 9 months of halfway house preceding release for Ryan White.

WHEREFORE NOW, above premises considered, the defendant respectfully requests that this Honorable Court GRANT [his] motion and all relief requested herein, issuing a judicial

recommendation to the BOP that Defendant be granted placement time of 9 months of halfway house, reflecting the same and granting all other relief required by Law, Liberty, and Equity.

Done this 12th Day of December, 2016.

Respectfully Submitted,

X _____

Ryan White, Register # 591130-037
FCI Allenwood
PO Box 1000
White Deer, PA 17887

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a copy of this pleading upon the Clerk of the Court, VIA US Mail, properly addressed, First-Class Postage prepaid. The accused further requests that a copy of this pleading be forwarded to all parties, VIA the CM/ECF System, as he is indigent, detained, and has no other means.

Done this 12th Day of December, 2016.

Respectfully Submitted,

x _____

Ryan White, Register # 59130-037
FCI Allenwood
PO Box 1000
White Deer, PA 17887

# EXHIBIT 1A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 13-39 Erie |
| | ) | |
| BRIAN M. QUIMBY | ) | |
| | ) | |

### MEMORANDUM ORDER

Brian Quimby has filed a *pro se* motion [ECF 69] requesting that the Court recommend

to the Bureau of Prisons ("BOP") that he be placed in a Residential Re-Entry Center for a period

of twelve (12) months prior to the end of his sentence.

It has always been the policy of this Court not to attempt to order the BOP to do

anything, although the Court has often made recommendations to the BOP regarding the

placement of defendants. Indeed, on Mr. Quimby's Amended Judgment [ECF 61] we stated: "I

recommend assignment to a Center as close to this defendant's home in Sarasota, Fl as possible.

He is truly a 'white collar' defendant, and I would not expect him to cause any problems

wherever he is assigned.  He is well educated, computer experienced and may be helpful to any

administration."

Assuming there is no objection from the Government, therefore, I will grant Mr.

Quimby's Motion and recommend that he be placed in a Residential Re-Entry Center for a

period of twelve (12) months prior to the end of his sentence.

July 13, 2016

Maurice B. Cohill Jr.
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   Brian Quimby
      #34515-068
      FCI Miami
      PO Box 779800
      Miami, FL 33177

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 09-CR-154-16 |
| v. | ) |
| | ) Judge John W. Darrah |
| TIMOTHY T. JOHNSON, JR., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant filed an unopposed, *pro se* Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement [760]. Defendant's Motion is granted. The Court recommends to the Bureau of Prisons that Defendant be granted the maximum placement time of 12 months in the halfway house. The clerk is directed to mail a certified copy of this order to the Bureau of Prisons at Elkton, P.O. Box 10, Lisbon, OH 44432.

Date: 6/30/2016      /s/ John W. Darrah

# EXHIBIT 1B



Federal Bureau of Prisons

_Washington, DC 20534_

**June 24, 2010**

MEMORANDUM FOR CHIEF EXECUTIVE OFFICERS

FROM:          D. Scott Dodrill, Assistant Director
               Correctional Programs Division

SUBJECT:       Revised Guidance for Residential Reentry Center
               (RRC) Placements

This memorandum provides guidance to staff when making inmates'
pre-release Residential Reentry Center (RRC) placement decisions.
Assessment and decision-making practices are to focus on RRC
placement as a mechanism to reduce recidivism.  Recidivism
reduction results in cost efficiencies, less victimization, and
safer communities.

Our RRC resources are limited and must be focused on those
inmates most likely to benefit from them in terms of anticipated
recidivism reduction.  In other words, our decisions are to be
based on an assessment of the inmate's risk of recidivism and our
expectation that RRC placement will reduce that risk.  Our
strategy is to focus on inmates who are at higher risk of
recidivating and who have established a record of programming
during incarceration, so that pre-release RRC placements will be
as productive and successful as possible.

As Chief Executive Officers, you play a vital role in
implementing the Bureau of Prisons' (Bureau) reentry strategy,
including RRC utilization.  This guidance will assist you in
making RRC placement decisions.

**GENERAL CONCEPTS** - The following general concepts apply to all
RRC placement assessments and decision-making:

**Eligibility vs. Appropriateness** - When making RRC placement
determinations, it is critical that staff understand the
difference between eligibility and appropriateness.  All inmates
are statutorily eligible for up to 12 months pre-release RRC

-1-

placement. Nevertheless, not all inmates are appropriate for RRC placement, and for those who are appropriate, the length of the RRC placement must be determined on an individual basis in accordance with this guidance.

**Individual Assessments Required** – Inmates must continue to be individually assessed for their appropriateness for and the length of pre-release RRC placements using the following five factors from 18 U.S.C. § 3621(b):

    (1) The resources of the facility contemplated;
    (2) The nature and circumstances of the offense;
    (3) The history and characteristics of the prisoner;
    (4) Any statement by the court that imposed the sentence:
        (a) concerning the purposes for which the sentence to imprisonment was determined to be warranted; or
        (b) recommending a type of penal or correctional facility as appropriate; and
    (5) Any pertinent policy statement issued by the U.S. Sentencing Commission.

These individual assessments occur as part of the inmate classification and program review process, with the unit manager holding decision-making responsibility at the unit level. Institution- or region-specific parameters for RRC placement decision-making are prohibited.

**RRC Placements of More Than Six Months** – Regional Director approval of RRC placements longer than six months is no longer required.

**Residential Drug Abuse Program Graduates** – Inmates who successfully complete the institution-based portion of the Residential Drug Abuse Program (RDAP) will continue to be assessed for pre-release RRC placements according to the guidance in the Psychology Treatment Programs policy.

**Coordination Between Institution Staff and Community Corrections Management Staff** – Community Corrections Management (CCM) staff must continue to review referral documents and other pertinent information for every RRC referral. If CCM staff question the appropriateness of the referral or the length of the requested placement, they must communicate these concerns to the referring institution. Differing recommendations will be resolved at the appropriate level within the regional management structure. Under no circumstances should CCM staff unilaterally deny RRC referrals or adjust placement dates, unless these determinations can be linked directly to a lack of RRC bedspace or fiscal resources.

–2–

**Medical and Mental Health Concerns** – When considering RRC
placement for inmates with significant medical or mental health
conditions, institution staff are strongly encouraged to
coordinate release planning with CCM staff and Transitional Drug
Abuse Treatment staff (for mental health concerns).  If an
inmate's condition precludes residential placement in an RRC, and
if staff can make appropriate arrangements to secure the
community-based medical and/or mental health services these
inmates will need, direct placement on home detention should be
considered.

**Inmates Who Decline RRC Placement** – If an institution recommends
release through a community-based program and the inmate
declines, institution staff should counsel the inmate as to the
benefits of a structured reentry program.  However, if the inmate
continues to decline this opportunity, she/he may do so without
being subject to disciplinary action.

**Inmates Who are Inappropriate for RRC Placement** – Inmates who,
during incarceration, have refused programming or failed to
engage in activities that prepare them for reentry may be
inappropriate for RRC placement.  Similarly, inmates with recent,
serious, or chronic misconduct and those who have previously
failed an RRC program may be inappropriate.

RRCs provide opportunities for inmates to acquire the support
systems, e.g., residence, employment, follow-up treatment, they
will need to live a crime-free life, but inmates must be ready to
take advantage of these opportunities.  If they have clearly
demonstrated through their behavior that they are not ready, RRC
programming is unlikely to result in behavioral change and would
be a waste of the Bureau's resources, as well as place the public
at undue risk.

Professional judgment must be exercised, insofar as inmates with
some misconduct, or some refusal to participate in programming,
may still be appropriate for RRC placement.  Staff must exercise
their discretion in determining whether an inmate is ready to
take advantage of the opportunities and expanded liberty that
RRCs offer.

If staff decide not to refer an inmate for RRC placement, the
inmate's release should be carefully coordinated with U.S.
Probation or Court Services and Offender Supervision Agency (DC
Code inmates).

-3-

**Professional Judgment** – RRC placement, in and of itself, is not a reward for good institutional behavior, nor is it an early release program or a substitute for the furlough program.  RRC placement and length of placement decisions cannot be reduced solely to a classification score or any other type of arbitrary categorization.  While staff assessment and analysis of tools such as the Custody Classification Form (BP-338) and the Inmate Skills Development (ISD) Plan are helpful in establishing broad-based groupings, staff must continue to exercise their professional judgment when making individual inmate RRC placement decisions and be prepared to justify those decisions.

## LENGTH OF RRC PLACEMENT

### General Guidelines

- **Prospective Application** – Inmates with previously established RRC transfer dates will not be reconsidered under this guidance.

- **90 Days Minimum Placement** – With the exception noted below under the heading of Lower-Risk Inmates, inmates should be considered for at least 90 days pre-release RRC placement whenever possible.

- **High-Risk Versus Low-Risk Inmates** – RRCs are most effective, in terms of recidivism reduction, for inmates at higher risk for recidivism.  Consequently, appropriate higher-risk inmates should be considered for longer RRC placements than lower-risk inmates.  The BP-338 measures some of the factors that predict risk.  Ordinarily, the lower the BP-338 score, the lower the risk; conversely, the higher the score, the higher the risk.  Therefore, low-, medium-, and high-security inmates tend to be higher risk than minimum-security inmates.

  Similarly, the ISD tool identifies deficits that may contribute to recidivism.  Inmates with a significant number of deficits may be at higher risk for recidivism than those with few or no deficits.  When making RRC placement decisions, staff should ensure that the BP-338 and ISD Assessment have been accurately completed.  While neither tool can be relied upon solely, they are helpful tools in assessing an inmate's risk level.

-4-

**Lower-Risk Inmates**

- **Consider Home Detention Option** - With the exception of RDAP graduates, institution staff will evaluate minimum-security inmates who have an approved release residence to determine if direct transfer from an institution to home detention is appropriate.  If so, this determination will be noted in item 11 of the  Institutional Referral for RRC Placement form, and the requested placement date (item 3.b.) will be the inmate's home detention eligibility date.  These procedures are to be followed even if this results in a community-based placement of fewer than 90 days.

- If a minimum-security inmate is not appropriate for direct placement on home detention, staff will request an RRC placement of sufficient length to address the inmate's reentry needs.

- CCM staff are to ensure that procedures are in place for the direct placement of inmates on home detention, or after only a brief stay (14 days or less) in an RRC.  At a minimum, CCM staff must monitor their minimum-security population weekly and follow up with RRC contractors to ascertain why eligible minimum-security inmates have not been referred for placement on home detention.

**Higher-Risk Inmates** - As previously stated, in terms of recidivism reduction, inmates at higher risk for recidivism stand to benefit most from RRC services.  When considering the length of the RRC placement for higher-risk inmates, staff should consider the following:

- **History of Individual Change** - Assess whether the inmate's history of individual positive change during incarceration indicates an ability and willingness to take advantage of opportunities for positive reintegration to the community. Based on that history, staff must predict whether the inmate is likely to respond positively to the highly structured regimen of an RRC, and whether the inmate will avail her/himself of the available RRC opportunities.

- **History of Program Participation** - Assess the inmate's history of successful completion of, or participation in, available programming opportunities during incarceration, including programming which addresses the deficits identified through the ISD System.  In particular, determine whether the inmate completed or made satisfactory progress toward completing a program shown to reduce recidivism, such

—5—

as any of the cognitive/behavioral treatment programs described in the <u>Psychology Treatment Programs</u> Program Statement, as well as academic and vocational training programs.

- **Inmate's Community Support Systems** – Assess the inmate's available community support systems, e.g., housing, employment, etc.

- **Length of RRC Placement** – Longer RRC placements should be considered for inmates whose following factors are high:

  ➢ Risk for recidivism;
  ➢ Demonstrated successful participation in or completion of programming opportunities; and
  ➢ Need to establish community support systems.

Your assistance in implementing these procedures is appreciated. I look forward to working with you as we seek to effectively utilize the Bureau's limited RRC resources.

# Exhibit F

# News Release

# Senate Candidate Arrested, Charged with False Report



Detectives have charged a Baltimore man with making a false statement after he made a false report to the Harford County Sheriff's Office regarding child sex trafficking.

On April 13, 2022, detectives with the Harford County Sheriff's Office received information regarding child sex trafficking occurring at an adult bookstore in the 3000 block of Pulaski Highway, Edgewood. Detectives identified an employee of the business, Ryan Dark White, a.k.a. Dr. Jon McGreevey, 54, a candidate for United States Senate, as the source of the information.

The information provided to detectives claimed an older adult male was in the

business with a young girl, 10-12 years of age, forcing the child to perform sexual acts on male customers.

Detectives assigned to the Harford County Child Advocacy Center immediately initiated an investigation into the information provided. At no time was a formal report filed with the Harford County Sheriff's Office by anyone who purported to witness the incident. Detectives conducted interviews, followed leads, gathered digital evidence, and identified the adult male and juvenile female mentioned in the initial complaint.

On July 7, 2022, detectives interviewed White. The investigation revealed at no time were any sex acts performed or offered by any of the individuals in the establishment as reported by White.

On July 15, 2022, detectives arrested Ryan White without incident. White is charged with false statements to a law enforcement officer and false statement of the commission of a crime and existence of a condition imminently dangerous to public health and safety. He was transported to the Harford County Detention Center, where he is being held pending an initial appearance before a District Court Commissioner.

"It is shameful that a candidate for public office would make up such a story and use it to further his own political agenda" said Harford County Sheriff Jeffrey R. Gahler. "It is even more appalling, that another individual, who is running for a law enforcement position, would embrace such an obviously false narrative in an effort to gain political traction – nothing more. I am beyond grateful this young girl is safe, but extremely disappointed someone would attempt to discredit and disparage the work of the dedicated men and women of the Harford County Sheriff's Office and Child Advocacy Center. Fearmongering and antagonism caused wasted time and energy by our personnel, whose time would have been better served protecting the citizens of Harford County, instead of investigating lies."

The investigation is ongoing. No further information is being released at this time. Anyone with information is asked to contact the Harford County Sheriff's Office,

Child Advocacy Center at 410-879-2000.

Office of Media and Public Relations
media@harfordsheriff.org
410-836-5403

Newer                                    Older

NEWS

Releases

Community Events

Deputies in the Community

Home

## Harford County Sheriff's Office

45 South Main Street | Bel Air, MD 21014
Phone: 410-838-6600 | Fax: 410-879-2782

More contact information

## Follow Us

HCSO Sign In
HCSO Webmail

# Exhibit G



# DISTRICT COURT OF MARYLAND FOR Harford County

Located at 2 S Bond St. Suite 100, Bel Air, Maryland 21014

Case No. D-09-CR-22-001833

**STATE OF MARYLAND**      VS.      **WHITE, RYAN**

COMPLAINANT:                          725 FALLSWAY STREET
Officer: KALAMBIHIS, DEP              BALTIMORE, MD 21202
Agency/Subagency: ZL 12
Officer ID: 0918                      CC#: 22-0092860      SID: 0001400680    FBI#:
                                      LID:                 DL#:
                                      Race: W  Sex: M   Ht: 6' 0"   Wt: 290   Hair: GRY  Eyes: GRY
                                      DOB: 03/28/1968   Home phone:            Cellphone:

## CHARGE SUMMARY

UPON THE FACTS CONTAINED IN THE APPLICATION OF Officer: KALAMBIHIS, DEP IT IS FORMALLY
CHARGED THAT WHITE, RYAN at the dates, times and locations specified below:

| CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---------|---------|---------|---------------------------|
| 1 4803  | CR 9 501 | 6 M &/or $500.00 | FALSE STATEMENT TO OFFICER |
| 1 5099  | CR 9 503 | 6 M &/or $500.00 | FALSE STMT STATE OFFICIAL |

Date : 07/15/2022  Time : 5:15 PM          Judicial Officer: _____          9044
Tracking No. 226344006501

Local Incident #: 202200092860                    Print Date:07/15/2022 14:49

**DISTRICT COURT OF MARYLAND FOR** _____ | COURT COPY | [City/County

LOCATED AT (COURT ADDRESS)
2 S BOND ST, BEL AIR MARYLAND 21014 UNITED
STATES

RELATED CASES: _____

DC Case : **D-09-CR-22-001833**

DEFENDANT'S NAME (LAST, FIRST, M.I.)
WHITE, RYAN

| COMPLAINANT | DEFENDANT |
|---|---|
| NAME (LAST, FIRST M.I.)     TITLE<br>KALAMBIHIS  STAVROS  G  DEP | NAME (LAST, FIRST, M.I.)     TITLE<br>WHITE  RYAN |
| AGENCY   SUB-AGENCY   I.D. NO. (POLICE)<br>ZL   12   918 | MAFIS NAME (LAST, FIRST, M.I.)    TITLE<br>MCGREEVY, JONAT |
| WORK TELEPHONE   HOME TELEPHONE<br>(410) 836-5461 | I.D. NO.   RACE   SEX   HT.   WT.   D.O.B. (MM/DD/YY)<br>J400680   W   M   6/0   290   03/28/1968 |
| ADDRESS      APT. NO.<br>HARFORD COUNTY SHERIFF'S DEPT PO BOX 150 | CC/OCA    HAIR   EYES   OTHER DESCRIPTION<br>   GRY   GRY |
| CITY    STATE    ZIP CODE<br>BEL AIR    MD    21014 | DRIVER'S LICENSE #       STATE |
| | WORK TELEPHONE    HOME TELEPHONE |
| ☐ DOMESTIC VIOLENCE   ☐ HATE CRIME<br>☐ VULNERABLE ADULT ABUSE   ☐ CHILD ABUSE | ADDRESS      APT. NO.<br>725 FALLSWAY ST |
| Page 1 of ___1___ | CITY    STATE    ZIP CODE<br>BALTIMORE    MD    21202 |

**STATEMENT OF CHARGES**

IT IS FORMALLY CHARGED THAT THE DEFENDANT

| 1 | CJIS CODE<br>1 4803 | AR | ON OR ABOUT (DATE)<br>04-13-2022 | AT (PLACE)<br>3011 PULASKI HWY EDGEWOOD, MARYLAND |
|---|---|---|---|---|

D1D MAKE A FALSE STATEMENT & REPORT TO SGT. S. KALAMBIHIS, A PEACE OFFICER, KNOWING THE SAME TO BE FALSE, WITH THE INTENT TO DECEIVE AND WITH THE INTENT TO CAUSE AN INVESTIGATION OR OTHER ACTION TO BE TAKEN.

IN VIOLATION OF:

☒ MD. ANN. CODE ART CR___ SEC. 9-501 ; ☐ COMMON LAW OF MD: _____ ; ☐ PUB. LOCAL LAW ART. ____ SEC. ____

PROBABLE CAUSE ☑ Y  ☐ N

☐ COMAR OR AGENCY CODE NO. _____ ; ☐ ORDINANCE NO. _____

AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE

COMMISSIONER INITIALS  ID NO.
   JB    9044

| 2 | CJIS CODE<br>1 5099 | AR | ON OR ABOUT (DATE)<br>04-13-2022 | AT (PLACE)<br>3011 PULASKI HWY EDGEWOOD, MARYLAND |
|---|---|---|---|---|

DID MAKE A FALSE REPORT & STATEMENT OF THE COMMISSION OF A CRIME & EXISTENCE OF A CONDITION IMMINENTLY DANGEROUS TO PUBLIC HEALTH AND SAFETY TO THE HARFORD COUNTY SHERIFF'S OFFICE, KNOWING THE SAME TO BE FALSE AND WITH THE INTENT THAT THE SAID AGENCY INVESTIGATE & TAKE ACTION IN CONNECTION WITH SUCH STATEMENT & REPORT.

IN VIOLATION OF:

☒ MD. ANN. CODE ART CR___ SEC. 9-503 ; ☐ COMMON LAW OF MD: _____ ; ☐ PUB. LOCAL LAW ART. ____ SEC. ____

PROBABLE CAUSE ☑ Y  ☐ N

☐ COMAR OR AGENCY CODE NO. _____ ; ☐ ORDINANCE NO. _____

AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE

COMMISSIONER INITIALS  ID NO.
   JB    9044

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 2A)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATE
7-15-22

ISSUING
PEACE OFFICER   Sgt. [signature]   918

AGENCY
ZL

SUB-AGENCY
12

I.D. NO.
918

226344006501          BINZ2201738HR

DC/CR 2 (Rev. 4/2017)

**DISTRICT COURT OF MARYLAND FOR** .......................................................... (City / County)



| | |
|---|---|
| LOCATED AT ( COURT ADDRESS )<br>2 S BOND ST, BEL AIR MARYLAND 21014<br>UNITED STATES | WHITE, RYAN<br>DC Criminal<br>D-09-CR-22-001833 |

## COMPLAINANT

| | | |
|---|---|---|
| NAME (LAST, FIRST, M.I.)<br>KALAMBIHIS   STAVROS   G | | TITLE<br>DEP |
| AGENCY<br>ZL | SUB-AGENCY<br>12 | I.D. NO. (POLICE<br>918 |
| WORK TELEPHONE<br>(410) 836-5461 | HOME TELEPHONE | |
| ADDRESS<br>HARFORD COUNTY SHERIFFS DEPT PO BOX 150 | | APT. NO. |
| CITY<br>BEL AIR | STATE<br>MD | ZIP CODE<br>21014 |

☐ DOMESTIC VIOLENCE   ☐ HATE CRIME
☐ VULNERABLE ADULT ABUSE   ☐ CHILD ABUSE

Page 1 of 6

## DEFENDANT

| | | | | | |
|---|---|---|---|---|---|
| NAME (LAST, FIRST, M.I.)<br>WHITE   RYAN | | | | | TITLE |
| MAFIS NAME (LAST, FIRST, M.I.)<br>MCGREEVY, JONATHAN AMBROSE | | | | | TITLE |
| I.D. NO.<br>1400680 | RACE<br>W | SEX<br>M | HT<br>6/0 | WT<br>290 | D.O.B. (MM/DD/YY)<br>03/28/1968 |
| CC/OCA | HAIR<br>GRY | EYES<br>GRY | OTHER DESCRIPTION | | |
| DRIVER'S LICENSE # | | | | | STATE |
| WORK TELEPHONE | | | HOME TELEPHONE | | |
| ADDRESS<br>725 FALLSWAY ST | | | | | APT. NO. |
| CITY<br>BALTIMORE | | STATE<br>MD | | | ZIP CODE<br>21202 |

## STATEMENT OF PROBABLE CAUSE

ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

THE DEFENDANT HAS BEEN ARRESTED UPON THE FOLLOWING DECLARATION OR OBSERVATION, OR UPON A PLAIN, CONCISE AND DEFINITE STATEMENT OF ESSENTIAL FACTS CONSTITUTING THE OFFENSE CHARGED.

ON WEDNESDAY, 04/13/2022 D/ SGT. KALAMBIHIS RECEIVED AN E-MAIL THAT WAS ORIGINALLY
RECEIVED BY THE HOWARD COUNTY POLICE DEPARTMENT AND LATER FORWARDED TO THE HARFORD COUNT
SHERIFF'S OFFICE IN REFERENCE TO A POSSIBLE SEX TRAFFICKING OF A CHILD. THE E-MAIL
DESCRIBES A CHILD BEING BROUGHT INTO AN ADULT ENTERTAINMENT STORE CALLED "THE MISTRESS"
LOCATED AT 3011 PULASKI HIGHWAY, EDGEWOOD, MD 21040 BY AN OLDER WHITE MALE. THE CHILD WAS
ALLEGEDLY BROUGHT TO THE STORE TO PERFORM SEXUAL ACTS FOR PAYING CUSTOMERS. THE E-MAIL
CONTAINED PHOTOGRAPHS OF AN OLDER WHITE MALE, AN ADULT BLACK MALE, AND A BI-RACIAL FEMALE
WHO APPEARED TO BE 10-12 YEARS OF AGE. THIS INCIDENT WAS ALLEGED TO HAVE TAKEN PLACE ON
04/09/2022.   THE WRITER OF THE E-MAIL, E-MAIL ADDRESS OF
"ALLIESTEFANICH@GMAIL.COM," WAS PROVIDED WITH THIS INFORMATION BY AN EMPLOYEE OF "THE
MISTRESS" WHO GOES BY THE NAME OF "DR. JON MCGREEVEY." HIS ACTUAL NAME WAS FOUND TO BE

✕ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

PROBABLE CAUSE CHARGES # 1, 2
LACK OF PROBABLE CAUSE CHARGES #

COURT COPY

| | |
|---|---|
| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. | I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT<br><br>THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE. |
| DATE<br>7-15-22   ARRESTING OFFICER   918 | DATE<br>07/15/2022   JUDICIAL OFFICER   COMMISSIONER I.D.<br>NO. 904M |
| AGENCY<br>ZL   SUB-AGENCY<br>12   I.D. NO.<br>918 | |



226344006501

BIN2201738HR

PC DC/CR 4 (Rev. 4/2002)

Local Incident #: 202200092860

Print Date: 07/15/2022 14:49



**DISTRICT COURT OF MARYLAND FOR** _____

LOCATED AT (COURT ADDRESS)
2 S BOND ST, BEL AIR MARYLAND 21014 UNITED
STATES

WHITE, RYAN
DC  Criminal
**D-09-CR-22-001833**



| DEFENDANT'S NAME (LAST, FIRST, M.I.) | MAFIS NAME |
|---|---|
| WHITE, RYAN | MCGREEVY, JONATHAN AMBROSE |

Page __2__ of __6__

---

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

RYAN DARK WHITE, DATE OF BIRTH 03/28/1968.     DETECTIVES ASSIGNED TO THE CHILD

ADVOCACY CENTER IMMEDIATELY BEGAN INVESTIGATION INTO THESE ACCUSATIONS, WITH DET. SKICA

#874 ASSIGNED AS THE PRIMARY CASE DETECTIVE. AFTER MULTIPLE ATTEMPTS TO CONTACT MR. WHITE

BY TELEPHONE AND IN-PERSON CONTACT AT "THE MISTRESS" FAILED, DET. SKICA BEGAN ATTEMPTING

TO IDENTIFY THE PARTIES INVOLVED. THIS INITIAL STAGE OF THE INVESTIGATION TOOK A LENGTHY

TIME TO COMPLETE AND INCLUDED SUBPOENAS FOR BANK RECORDS AS THE OLDER MALE SUSPECT WAS

SEEN UTILIZING THE ATM.     VIDEO SURVEILLANCE WAS ABLE TO BE OBTAINED OF THE

INSIDE OF THE STORE ON THE DATE OF THE REPORTED INCIDENT. THE SURVEILLANCE VIDEO SHOWED

THE OLDER WHITE MALE WITH THE BI-RACIAL FEMALE STANDING TOGETHER AT AN ATM NEAR THE BACK

ENTRANCE OF THE STORE. THE OLDER WHITE MALE AND THE BI-RACIAL JUVENILE FEMALE WERE THE

SAME INDIVIDUALS THAT WERE DEPICTED IN THE PICTURES EMAILED TO THE HOWARD COUNTY POLICE

DEPARTMENT. THE OLDER WHITE MALE WAS SEEN ATTEMPTING TO USE THE ATM AND MADE SEVERAL

FAILED TRANSACTIONS. THE BI-RACIAL FEMALE STOOD NEAR THE OLDER WHITE MALE, AND ONLY LEFT

HIS SIDE TO GO WAIT OUTSIDE. AT ONE POINT, THE BLACK MALE DEPICTED IN THE PHOTOS EMAILED

TO THE HOWARD COUNTY POLICE DEPARTMENT WAS SEEN WAITING IN LINE TO USE THE ATM. THE OLDER

WHITE MALE ALLOWED HIM TO UTILIZE THE ATM AS HE MADE SEVERAL UNSUCCESSFUL ATTEMPTS. THE

BLACK MALE THEN LEFT. MR. WHITE IS SEEN ENTERING THE CAMERA'S VIEW AND WALKING TO THE

☒ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

COURT COPY

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS
AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE
BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER |
|---|---|
| 7-15-22 | Sgt. _____ 918 |
| AGENCY | SUB-AGENCY | I.D. NO. |
| ZL | 12 | 918 |



226344006501



BIN2201738HR

DC/CR 4A (Rev. 4/2002)

Local Incident #: 202200092860

Print Date:07/15/2022 14:49



DISTRICT COURT OF MARYLAND FOR _____ (City/County)

LOCATED AT (COURT ADDRESS)
2 S BOND ST, BEL AIR MARYLAND 21014 UNITED STATES



DC Case : **D-09-CR-22-001833**

DEFENDANT'S NAME (LAST, FIRST, M.I.)
WHITE, RYAN

MAFIS NAME
MCGREEVY, JONATHAN AMBROSE

Page ___3___ of ___6___

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

BACK DOOR WHERE HE THEN OPENS THE DOOR, LEANS OUT, AND APPEARS TO TAKE A PICTURE. HE THEN

CLOSED THE DOOR AND EXITED THE CAMERA VIEW TOWARDS WHERE HE INITIALLY CAME FROM. THE

OLDER WHITE MALE EVENTUALLY IS SEEN LEAVING THE BUILDING UTILIZING HIS WALKER.      D/

SGT. KALAMBIHIS #918 WAS ABLE TO RECEIVE CORRESPONDENCE FROM MR. WHITE WHO AGREED TO MEET

WITH DETECTIVES REGARDING THIS INCIDENT ON THURSDAY, 07/07/2022. MR. WHITE AND ANDY KUHL

ARRIVED FOR THE INTERVIEW AND WERE BOTH PRESENT DURING THE INTERVIEW WHICH WAS RECORDED.

UPON SPEAKING WITH MR. WHITE, MR. WHITE STATED HE WAS EMPLOYED BY THE MISTRESS ON

04/09/2022 AND HAD BEEN EMPLOYED THERE SINCE 2020. HE ARRIVED AT THE BUSINESS EARLY, AT

APPROXIMATELY 1420 HRS. HIS SHIFT IS SUPPOSED TO START AT 1500 HRS. HE NOTICED A LITTLE

GIRL WEARING A HOODED SWEATSHIRT COMING "OUT OF THE BACK" (PRIVATE BOOTHS TOWARD THE REAR

OF THE STORE) AND SEVERAL MEN LINED UP AT THE ATM. MR. WHITE ASKED "BILL" (WILLIAM

COLGIN) WHY THE GIRL WAS IN THE STORE AT ALL. APPARENTLY FLUSTERED, "BILL" REPLIED "THEY

JUST CAME OUT OF THE BACK AND THEY'RE LEAVING". MR. COLGIN IS THE DAYTIME SHIFT EMPLOYEE,

AND HIS SHIFT ENDED AT 1500. HE SAW THAT MR. COLGIN APPEARED TO BE TRYING TO GET THE MEN

WHO EMERGED FROM THE BACK TO LEAVE THE BUSINESS. MR. WHITE NOTED THAT MR. COLGIN IS A

REGISTERED SEX OFFENDER, WHICH HE (MR. WHITE) OFFERED AS A JUSTIFICATION TO HIS STORY OF

MEN EMERGING FROM THE PRIVATE BOOTHS IN THE COMPANY OF A CHILD. THIS DETECTIVE LATER

☒ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

COURT COPY

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE 7-15-22 | ARRESTING OFFICER Sgt. _____ 918 |
|---|---|
| AGENCY ZL | SUB-AGENCY 12 | I.D. NO. 918 |





BIN2201738HR

226344006501

DC/CR 4A (Rev. 4/2002)

Local Incident #: 202200092860                          Print Date:07/15/2022 14:49



**DISTRICT COURT OF MARYLAND FOR** _____ (City/County)

LOCATED AT (COURT ADDRESS)
2 S BOND ST, BEL AIR MARYLAND 21014 UNITED
STATES

DC Case : **D-09-CR-22-001833**



| DEFENDANT'S NAME (LAST, FIRST, M.I.) | MAFIS NAME |
|---|---|
| WHITE, RYAN | MCGREEVY, JONATHAN AMBROSE |

Page ___4___ of ___6___

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

RESEARCHED THIS CLAIM, AND MR. COLGIN DOES NOT APPEAR AS A REGISTERED SEX OFFENDER ON THE

MARYLAND STATE SITE, NOR THE NATIONAL SEX OFFENDER REGISTRY SITE. MR. WHITE SAID HE

APPROACHED THE GROUP TO FIND OUT WHAT HAD OCCURRED AND THE MEN "SCATTERED" AS MR. WHITE

TRIED TO TAKE THEIR PICTURES. THE GIRL WAS LEFT THERE WITH WHO HE BELIEVED WERE HER

FATHER AND GRANDFATHER. MR. WHITE TOLD THE LITTLE GIRL TO LEAVE AND USHERED HER THROUGH

THE REAR ENTRANCE TO THE BUSINESS. AS HE WAS MOVING THE GIRL TO THE OUTSIDE, HE SAW THAT

SHE WAS COVERED IN SEMEN AND HE'D WIPED IT OFF OF HER. ONCE OUTSIDE, MR. WHITE ASKED THE

GIRL WHO THE REMAINING MEN IN THE STORE WERE AND SHE BEGAN TO CRY, THEN REPLIED HER

GRANDFATHER AND HER "DADDY". MR. WHITE SAID THE GIRL TOLD HIM THAT SHE WAS UPSET BECAUSE

"SHE DID NOT PLEASE THEM". HE DID NOT ASK WHAT THE GIRL'S NAME WAS OR WHERE SHE LIVED. HE

THEN SAID THE GIRL'S FATHER QUICKLY LEFT IN A VEHICLE AND THE OLDER MAN PICKED UP HIS

WALKER AND RAN AWAY. MR. WHITE DID NOT ATTEMPT TO IDENTIFY THE "FATHER" OR GET A PICTURE

OF THE ESCAPING VEHICLE NOR ITS REGISTRATION. HE DID NOT REMEMBER ANYTHING ABOUT THE

VEHICLE. THE REMAINING MEN IN THE STORE (GRANDFATHER AND FATHER) WERE THE OLDER MAN IN

THE WALKER AND BLACK MALE SEEN IN THE PHOTOS MR. WHITE TOOK THAT DAY. THE GIRL EVENTUALLY

MET UP WITH THE OLDER MAN AND MR. WHITE ASSUMED THEY WALKED AWAY.      MR. WHITE ALSO

SAID THAT FOR THE NEXT SEVERAL HOURS, MEN RETURNED TO THE BUSINESS AFTER RETRIEVING

☒ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

COURT COPY

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS
AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE
BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER |
|---|---|
| 7-15-22 | Sgt. _____ 918 |
| AGENCY | SUB-AGENCY | ID. NO. |
| ZL | 12 | 918 |





BIN2201738HR

226344006501

DC/CR 4A (Rev. 4/2002)

Local Incident #: 202200092860                                    Print Date:07/15/2022 14:49



**DISTRICT COURT OF MARYLAND FOR** ............................................................ (City/County)

LOCATED AT (COURT ADDRESS)
2 S BOND ST, BEL AIR MARYLAND 21014 UNITED
STATES

DISTRICT COURT
CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)
WHITE, RYAN

MAFIS NAME
MCGREEVY, JONATHAN AMBROSE

Page ___5___ of ___6___

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

SEVERAL HUNDRED DOLLARS TO RECEIVE ORAL SEX FROM THE LITTLE GIRL AND INQUIRING AS TO
WHERE SHE WAS. MR. WHITE RECEIVED INFORMATION FROM "REGULARS" THAT THEY DID NOT LIKE THE
GIRL BEING IN THE STORE BECAUSE IT INTERRUPTED WHAT THEY NORMALLY DID. FURTHERMORE, THE
GIRL HAD BEEN IN THE PRIVATE BOOTHS WITH A LINE OF MEN PAYING TO RECEIVE ORAL SEX FROM
THE GIRL, AND THAT SHE'D BEEN BACK THERE FOR SEVERAL HOURS, SERVICING BETWEEN 10-15 MEN.
MR. WHITE AND MR. KUHL BOTH WERE ADAMANT THEY WANTED FURTHER INVESTIGATION INTO THE
MATTER AND WANTED TO KNOW THE INVESTIGATIVE PROCESS PLANNED BY D/ SGT. KALAMBIHIS.
   ON 07/08/2022, THE CHILD VICTIM AND THE OLDER WHITE MALE WERE IDENTIFIED. THE OLDER
MALE WAS IN FACT THE CHILD'S GRANDFATHER, BUT STATED THE BLACK MALE DESCRIBED BY MR.
WHITE TO BE THE CHILD'S FATHER WAS NOT RELATED IN ANY WAY. THE CHILD WAS INTERVIEWED AND
STATED SHE'S NEVER EXPERIENCED INAPPROPRIATE TOUCHING AT ANY TIME BY ANYONE. SHE ALSO
CONFIRMED THAT SHE REMEMBERED GOING TO THE STORE WITH HER GRANDFATHER. SHE STATED SHE DID
NOT LEAVE HER GRANDFATHER'S SIDE DURING THE VISIT AND DID REMEMBER THE UNKNOWN BLACK MALE
AT THE STORE BUT DID NOT KNOW HIM. THE CHILD'S MOTHER LATER CONFIRMED THAT THE UNKNOWN
BLACK MALE IS NOT THE CHILD'S FATHER.        THE STATEMENT PROVIDED BY MR. WHITE WAS
DIRECTLY DISCREDITED BY THE CHILD, HER GRANDFATHER, VIDEO SURVEILLANCE, AND ANOTHER STORE
EMPLOYEE WHO WAS WORKING THAT DAY.        ON FRIDAY, 07/15/2022, D/ SGT. KALAMBIHIS

☒ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)
COURT COPY

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS
AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE
BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE 7-15-22 | ARRESTING OFFICER Sgt. ___ 918 |
| AGENCY ZL | SUB-AGENCY 12 | I.D. NO. 918 |



226344006501



BIN2201738HR

DC/CR 4A (Rev. 4/2002)

Local Incident #: 202200092860

Print Date:07/15/2022 14:49



**DISTRICT COURT OF MARYLAND FOR** ................................... ................. (City/County)

LOCATED AT (COURT ADDRESS)
2 S BOND ST, BEL AIR MARYLAND 21014 UNITED
STATES

DC Case : **D-09-CR-22-001833**

| DEFENDANT'S NAME (LAST, FIRST, M.I.)<br>WHITE, RYAN | MAFIS NAME<br>MCGREEVY, JONATHAN AMBROSE |
|---|---|

Page ___6___ of ___6___

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

MET WITH MR. WHITE WHO WAS GIVEN AN OPPORTUNITY TO REVIEW THE SURVEILLANCE VIDEO. AFTER

POINTING OUT THE MULTIPLE DISCREPANCIES, MR. WHITE CONTINUED TO PERPETUATE THE EVENTS HE

REPORTED WAS CRIMINAL IN NATURE AND WAS IN FACT SEX TRAFFICKING. MR. WHITE WAS PLACED

UNDER ARREST AND WAS TRANSPORTED TO THE IPC FOR PROCESSING.        ALL EVENTS OCCURRED

IN THE STATE OF MARYLAND.

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

COURT COPY

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS
AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE
BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE 7-15-22 | ARRESTING OFFICER SGT. _____ 918 |
|---|---|
| AGENCY ZL | SUB-AGENCY 12 | I.D. NO. 918 |



226344006501



BIN2201738HR

DC/CR 4A (Rev. 4/2002)

### NOTICE OF ADVICE OF RIGHT TO COUNSEL FOR ALL JUDICIAL PROCEEDINGS

TO THE PERSON CHARGED:

1. This paper charges you with committing a crime.

2. If you have been arrested and remain in custody, you have the right to have a judicial officer decide whether you should be released from jail until your trial.

3. If you have been served with a citation or summons directing you to appear before a judicial officer for a preliminary inquiry at a date and time designated or within five days of service if no time is designated, a judicial officer will advise you of your rights, the charges against you, and penalties. The preliminary inquiry will be cancelled if a lawyer has entered an appearance to represent you.

4. You have the right to have a lawyer.

5. A lawyer can be helpful to you by:
    (A) explaining the charges in this paper;
    (B) telling you the possible penalties;
    (C) explaining any potential collateral consequences of a conviction, including immigration consequences;
    (D) helping you at trial;
    (E) helping you protect your constitutional rights; and
    (F) helping you to get a fair penalty if convicted.

6. Even if you plan to plead guilty, a lawyer can be helpful.

7. If you are eligible, the Public Defender or a court-appointed attorney will represent you at any initial appearance before a judicial officer and at any proceeding under Rule 4-216.1 to review an order of a District Court commissioner regarding pretrial release. If you want a lawyer for any further proceeding, including trial, but do not have the money to hire one, the Public Defender may provide a lawyer for you. The court clerk will tell you how to contact the Public Defender.

8. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.

9. **DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER.** If you do not have a lawyer before the trial date, you may have to go to trial without one.

### RECEIPT

I have read or have had read to me the contents of the above notice and acknowledge receipt of a copy thereof.

| Date | | Signature of Defendant |
|---|---|---|
| JULY 15, 2022 | | |
| Date | Commissioner | 9044 I.D. No. |

### RETURN OF SERVICE

☒ I certify that at **1454** o'clock **PM** M on **7-15-22** at
**1030 Rock Spring Rd. Bel Air MD 21014**, I executed this Statement of Charges by
arresting the Defendant and delivered a copy of the Statement of Charges to the Defendant.

**HCDC**
Detention Facility
**1030 Rock Spring Rd. Bel Air MD 21014**
Sgt. **918**
Signature of Peace Officer

# Exhibit H



Search | How it works ⌄ | Start a GoFundMe |  gofundme | Sign in | **Share** | **Donate**

# Sharyl Attkisson 4th Am Litigation



 Sharyl Attkisson is organizing this fundraiser.

**The first lawsuit of its kind to hold the US government accountable for spying on its own citizens.**

**See case and forensics summaries here** .

**A Citizen Suing the Dept. of Justice Needs More than Just a Winning Argument**

See summary of Oral Arguments  from Jan. 29,
Read more

## Updates (46)



**$317,713** raised of $400,000 goal

5K donations

**Share**

**Donate now**

Anonymous
$40 • 2 d

James Mitchem
$10 • 9 d

Anonymous
$50 • 29 d

Anonymous
$25 • 1 mo

Anonymous
$25 • 1 mo

See all | ☆ See top donations | See top

**October 5, 2022** by Mark Fitzgibbons , Organizer

It was January of 2013 when I first learned that forensics indicated a government intel agency had engaged in a long-term monitoring effort of my CBS computers and devices, as well as those belonging to my family. (Read on for an update at the link.)

https://sharylattkisson.com/2022/10/update-attkisson-lawsuit-over-govt-computer-intrusions-2/



See older updates

| Donate | Share |

---

# Organizer

 **Sharyl Attkisson**
Organizer
Manassas, VA

Contact

---

# Words of support (1039)

Please donate to share words of support.

 **Robert Brower**
$25 • 1 mo

Sharyl will prevail, but we need to refresh the kitty to keep her in good

stead. Do your part by helping out!



**James Goodwin**

$50  •  1 mo

This is a fight for all of us.



**Mark Wiechmann**

$25  •  1 mo

Don't let the bastards wear you down.



**Jim Gettens**

$100  •  1 mo

GO SHARYL!!! KICK CORRUPT ASS!!!
WHERE'S THAT LITTLE VERMIN
RODENT ROSENSTEIN...???



**Harry Sames**

$100  •  1 mo

You case is so important. Our
government needs to be reigned in!



**Gabino Cuevas**

$50  •  2 mos

As a fellow UF grad, I always followed
your career closely and have always
been impressed with your reporting. It's
a shame our beautiful republic has
reached such a low point. You have my
support and my prayers. I'm so afraid
we'll become like Cuba!



**Rick Sellers**

$100 • 2 mos

Give em hell Sharyl....I didn't realize the
swamp was so deep until Trump came
on the scene! Hang in there and best
wishes. Rick



**Byron Murgatroyd**

$25 • 4 mos

Good luck, keep up the good fight to the
end!



**Mike Robertson**

$50 • 4 mos

[redacted] For some, listening to an
interview conducted by Alex Jones may
be a bridge too far but I hope not. Arron
Russo shares a personal story exposing
much of what Sharyl is fighting today.
It's my understanding Aaron died of
cancer a few years... Read more



**John K Marr**

$50 • 4 mos

Our the future of our Democratic

Republic depends on holding the deep
state accountable for illegally spying on
legit news reporters like Sharyl.

Show more

Created November 9, 2018    •     <u>Other</u>

---

 Report fundraiser

## Your easy, powerful, and trusted home for help


**Easy**
Donate quickly and easily.


**Powerful**
Send help right to the people and causes you care about.


**Trusted**
Your donation is protected by the <u>GoFundMe Giving Guarantee</u>.

---

### Fundraise for

Medical

Emergency

Memorial

Education

Nonprofit

Support COVID-19 fundraisers

Crisis Relief

### Learn more

How GoFundMe Works

Why GoFundMe

Common questions

Success stories

Supported countries

Charity fundraising

Pricing

### Resources

Help center

Blog

GoFundMe Stories

Press center

Careers

About

More resources ⌄



© 2010-2022 GoFundMe   Terms   Privacy   Legal

Accessibility Statement