IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SHARYL THOMPSON ATTKISSON,** *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **SHAUN WESLEY BRIDGES,** *et al.*, <br><br> *Defendants.* | **Civil No. 1:20-cv-00068-JRR** |

## ORDER

This matter comes before the court on Defendant Shaun Bridges' Motion for Summary Judgment. (ECF No. 109; the "Motion.") The court has reviewed all papers. No hearing is necessary. Local Rule 105.6 (D. Md. 2023). For the reasons set forth in the accompanying memorandum opinion, it is this 6th day of February 2024:

**ORDERED** that the Motion (ECF No. 109) shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that **JUDGMENT** shall be entered in favor of Defendant Shaun Wesley Bridges and against Plaintiffs; and further it is

**ORDERED** that Madam Clerk shall close this case.

/S/
_____
Julie R. Rubin
United States District Judge